FILED

1  Mark Anthony Little
2  111 S. Lucas Ave. Apt. 404
3  Los Angeles, CA. 90026
4  (323) 471-7778

2019 DEC 26  PM 3: 33

5
6           United States District Court
7           Central District of
8                   California
9

10   Mark Anthony Little            Assigned for all purposes To:
11            vs
12
13   The Mosaic Garden Apt.         Case No. CV19-10890-MWF-KSx
14      at West Lake
15   Respondent - Mary Wiseman      Petition For Writ of Mandate
16            Manager               under ( Article 2, Housing
17                                  Discrimination - Section
18                                  12955 - 12956.2 and
19                                  Article 2
20                                  2005 California Govern-
21                                  ment Code Section
22                                  12955 (f)
23
24                                  Date:
25                                  Dept.:
26                                  Time:
27
28

                    Page 1 of 10

1  On 10/16/19
2       I learned that those who had been
3    raping me, and torturing me are
4    using hypnoses, to force my will
5
6  On 10/18/19
7       I was raped in the night. I called
8    the police. I spent 10/19/19 at the
9    LA. Co. USC Rape Unit. The Police took
10   evidence to the Rampart Police Station
11
12 On 10/22/19
13      I contacted the Housing Athority
14   Seeking relief from the rapes & tortures.
15         I also went to 111 N. Hill St.
16   for a restraining Order Petition against
17   Mary Wiseman the Manager of the
18   Mosaic Garden Apt. at Westlake.
19
20 On 10/24/19
21      I served the Manager Mary Wiseman
22   a Copy of the restraining Order.
23         I went to the Housing Athority
24   with a Copy of the restraining Order
25   and the Police Report.
26         I was told by Norma Serna's
27   Supervisor, I would receive an emergen-
28   cy Voucher to move to another Bldg. until
     the 04/23/20 Voucher Date comes up. I

Page 2 of 10

1  10/24/19, Cont.

2        the 4/23/20 Annual Voucher Date Came up.

3    The Supervisor told me they would

4    Respond in 2-3 weeks. Estimated 11/14/19

5    date.

6

7  11/01/19

8        Direct express withheld my 881 Check,

9    Claiming Security issues On 11/04/19, I

10   returned to the Soc. Sec. office on 6th &

11   Grand. Direct Express released my funds.

12

13  11/04/19

14       I encountered the indian employee who

15   was one of the rapests on the Sound

16   Recording and video He tried to Antagon-

17   ize me. We exchanged words. I then left.

18

19  11/06/19

20       I looked for $475. Postal Money Order

21   to pay rent and buy food. The Money Order

22   was gone 11/05/19 I did laundry. There

23   were 2 Children @ my door. I was Fazed

24   by One of them. I was raped. They took

25   my money Order. I believe the Children

26   were a distraction. I reported this incident

27   to C-3, People Concern. I was told to

28   report this incident to Mary Wiseman, the Manager.

1   11/07/19,
2
3       I attempted to Speak to Mary Wiseman
4   about the theft's. She ignored me. I
5   then Spoke to Lativa about the theft.
6   Lativa is a Supervisor for People Concern.

7   11/09/19
8
9       I encountered an Indian Youth, I believe
10  the employee's son. He was Spun on Meth.
11  He Circled my bike, Stairing at me. As I
12  went inside, he pulled the fire Alarm
13  in his attempt to keep me from going to
    my unit.

14
15  11/13/19   I
16
17      I received a Summons to go to Court.
18  unlawful Detainer.

19
20  11/14/19
21
22      I spoke to the Housing Athority, Norma
23  Serna's Supervisor, about my ordeal.
24  She had me Sign Some papers, to move
25  out of the Mosaic Garden Apt's. to another
26  Sec. 8 Bldg.

27  11/15/19
28
        I had to Appear in Court Dept. 7 Rm.
    319, regarding the Restraining Order I had
    (

            Page 4 of 10

1  11/15/19, Cont.

2  filed against Mary Wiseman, (trying to stop

3  the rapes). Mary lied to the Judge

4  3 times, under oath. (1) M. Wiseman

5  accused me of verbally Abusing her in

6  her office.

7  Why wasn't there a Documented

8  Warning of Some sort about this issue. There

9  should be Some Sort of Written infraction,

10  even if only a Verbal Written Warning

11  (2) Mary Alleged the Unit lock is a

12  special fire lock and the Tumbler Could

13  not be Changed alone. This is a lie. I

14  watched the Maintenance man Change

15  the tumbler. Mary Wiseman told Jenette

16  Boire, I could have my lock Changed

17  (Tumbler) for $27.00 For this Cause, I

18  gave $27.00 extra on my rent.

19  (jboire @ people for Concern.Org)

20  She's the one who told me the tumbler

21  would Cost $27.00 The White lock would

22  Cost me $98.00. M (me) Mary Wiseman

23  Charged me $98.00 in retaliation for Com-

24  plaining about being raped.

25  (3) Mary Wiseman told the judge

26  the indian Employee I argued with on

27  11/09/19, was filing a restraining order

28  on me as she and the judge spoke.

Page 5 of 10

1  I did not (to this date) receive a notice to
2  appear, nore was I served by the Sheriff's Dept.
3  This is the 3rd reprisal lie she told under oath.
4
5  11/18/19
6        I filed response papers regarding the
7  unlawful detainer issue.
8
9  11/25/19
10       I was 51/50 ed and hospitallized from
11  11/25/19 through 12/12/19. It was reported
12  by Mary Wiseman, I had attacked a kid
13  with a steel pipe, at the Mosaic Garden
14  Apt.
15        If this was so, why weren't (me) wasn't
16  the police called, a security Report made,
17  why wasn't I arrested or checked
18  for psycheatric precautions?
19
20  11/28/19
21       The Judge found I was not a threat
22  to others. This was a hearing for the
23  14 day hold. This pipe incident was
24  obviously a fabricated incident.
25        This Accusation Surfaced through
26  the Agustus Hawkins Psyc. DR's report. These
27  alligations came through Mary Wiseman of
28  the Mosaic Garden Apt's, Reprisal for Complaining

Page 6 of 10

1  12/12/19

2          I was Released from the 5150 hold.

3

4  12/13/19

5          The Manager Mary Wiseman told me She

6  was not going to accept, rent money

7  from me. Further more, She told me I

8  Could Sign a paper relinquishing the

9  Unit with a move out date.

10          Mary Wiseman told me I could

11  avoid an eviction on my record.

12  I called the Housing Athority. I spoke with

13  Norma Serna. She told me I had to be

14  in good Standing with the Apt. Bldg. in

15  order to get an emergency Voucher. I

16  explained, "I am the Victem, how could I

17  get into good Standing with the Mosaic

18  Apartment Bldg. I explained, Mary Wiseman

19  is at the head of this Porn Ring. They

20  are raping me for profit on the Internet.

21  I've been complaining in my attempt to

22  Stop the rapes. They've Stolen My Money

23  Orders in order to force the eviction process.

24  I also learned, except I get into good Stand-

25  ing with the Mosaic Garden Apt. I would

26  not receive a Voucher to move on 4/23/20

27  Without a Voucher, I could not excape the

28  abuse I Suffer at the Mosaic Garden Apt's.


Page 7 of 10

1    12/20/19

2    People for Concern Came to see me. They

3    pressured me to sign a Relinquishment

4    of my Apartment Unit. Andrew, AViva,

5    and Ciera Came to my place. Their fears

6    are centered @ their part they play in my

7    being forced into Sex Slavery through the

8    noises, produced by the LA. County Department

9    of Mental Health. I ask the Court to help

10    me to stop this religious hate crime against

11    me.

12

13    Therefore, the Petitioner Pray's the Court

14 (1)    TO:

15    Order a hearing to be held that the Court may

16    Choose to Set this Case issue for trial

17

18 (2)

19    Order the Department of Mental Health to produce

20    it's research Consent forms that we may determine

21    if there has been any forging of Signatures.

22

23 (3)

24    Order Mary Wiseman and others to answer for the

25    Crimes Committed against me.

26

27 (4)

28    Order the Housing Authority to grant Petitioner an

Page 8 of 10

PRAYER FOR Relief, Cont.   Pge. 2

1   emergency Voucher to move from the Mosaic
2   Garden Apartments at Westlake to another
3   Apartment out of the area, before January
4   20th 2020, if possible, Due to Relinquish
5   ment Date.

6
7   (5)
8   Order the Department Of Mental Health to
9   Order the So. Cal. Urban Militia
10  Corp. to Stop Brutally Raping, torturing and
11  tormenting me. Please Note:
12                                         I have a
13  host of evidence to produce at the hear-
14  ing if the Honorable Court would please
15  grant the Petitioner the Opportunity.

16
17  (6)
18  Order the Dept. Of Mental Health to explain to
19  the Courts Why they've Disenfranchised me
20  and prevented the LAPD from helping me
21  Seeing there are over 200 Police Reports filed
22  over the past almost 5 years regarding this
23  issue of torture, Sex Slavery & Domestic
24  Terrorism.

25
26              Declaration
27  I, Mark Anthony, Little, Declare Under Penalty
28  of Perjury According to the Laws of the state of California

Declaration Cont.

1   that the Contents of this Writ of Mandate is
2   true and Correct to the best of my knowledge.
3   By Signing. I do declare:
4
5                          Mark A. Little
6                          Mark A. Little
7   //                     12/24/19
8   I the Petitioner, Mark Anthony Little, do
9   thank you for hearing this Matter
10  //
11  //
12  //
13  //
14  //
15  NOTE:
16       12/26/19
17            I learned that the Corporate
18  Attorney who showed up for the Unlawful Detainer lied
19  to me about the Time I have to move out.
20            The Legal Attorney Center, Agent
21  Edward, told me. I, by law, should have 3 mo.
22  to find a place and to move. This is a 4th, 8th,
23  and 14th Amendment Violation of my Rights and
24  State Constitution Artical 1 Sec. 28 §____
25
26  Mark A. Little
27  Mark A. Little
28

Page 10 of 10

# Overview: DOCUMENT OUTLINE

1  Document Outline
2  3 pages
3
4  Exhibit Outline
5  3 pages
6
7  Case Argument
8  Housing Discrimination 2005 California Govern-
9  ment Code Section 12955(f)
10
11  Article 2 Housing Discrimination Section
12  12955 - 12956.2
13
14  1st Amendment
15  4th Amendment        } U.S. Constitution
16  8th Amendment             Violations
17  14th Amendment
18
19  State Constitution Article 1 Sec. 28.8
20
21  Body Of Complaint
22  10 pages
23
24  Exhibits
25  45 pages
26
27
28

EXHIBIT OUTLINE                    Page 1 of 3

1
2  06/12/19
3  Complaint to Mosaic Garden Management
4  2 pages
5
6  07/17/19
7  Complaint - Description of harassment
8  1 page
9
10  07/18/19
11  Police Report / Rape
12  1 page
13
14  08/05/19
15  Filed R/o against Lorenzo Jackson / Rapest
16  9 pages
17
18  08/21/19
19  Declaration / Complaint to Management
20  3 pages
21
22  09/03/19
23  51/50 Transport Papers
24  Reverse Side Pge. 2 - Declaration of Ambulance Driver
25                                  2 pages
26  09/10/19
27  Complaint To Mayor's office
28  1 page

# EXHIBIT OUTLINE cont. Pg. 2

1

2  10/01/19
3  Financial Statement from Mary Wisemen
4  1 page

5

6  10/04/19
7  Declaration Complaint Regarding Security Guard at
8  the Mosaic Garden Apt.
9  2 pages

10

11  10/19/19
12  Hospital Report of Grinding hip Pain from Rapes
13  4 pages + 1 Rape Unit Document

14

15  10/23/19
16  Notice of Court Hearing
17  2 pages

18

19  11/09/19
20  citizen Complaint m/LAPD
21  1 page

22

23  11/11/19
24  Citizen Complaint about Sex Ring at the Mosaic Garden Apt.
25  5 pages

26

27  11/12/19
28  Filed citizen Complaint with the 11/11/19 report
    1 page

# EXHIBIT OUTLINE, cont. Pge.3

1
2   11/14/19
3   Police Rape Report
4   1 page
5
6   11/17/19
7   Citizen Complaint to kimball, Tirey & St. John LLP _Law Firm_
8   6 pages + 1 page "NOTE"
9
10  12/23/19
11  Court Judgement for the relinquishment of the
12  Apartment Unit in 30 days. / Move Out Date
13  01/20/19
14  3 pages
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To: The Mosaic Housing Manager                    Page 1 of 2

From: Mark A. Little  Unit 404

Re.: The Individual Above unit 404 and the Mexican guy in 505   I think

Date: 06/12/2019

cc.: Mark A. Little

To whom this may Concern:

Hello, I first spoke to you about the guy up stairs con-
spiring with members of the Southern California Urban Milicia Corp.
He and the girl upstairs have been stomping on their floor a 2-3 am.
They would Knock on my door and then run away. There is a large Air
Vent in my Unit. I believe they have placed a camera 2 way system
in the Air Chaft.

        The woman upstairs was heard Saying, She was going to
Sell the Video's of me Master bating for $10.00 a Copy. Scrappy and Lorenzo
Jackson had been heard having 8 meeting(s) Concerning Vices of
afflickion against me.

        Upon my 1st moving in, I was raped in my Bed. Although
I Slept I, upon awakening, Knew I was raped because my rec-
tom was Sore. I know the So. Cal. Urban Malicia Corp. has a large
expense account, because they have been raping me Since 2016
@ April. I believe, someone was paid, to turn over the keys
to my unit. There were 2 rapes in my Unit prior to me bult-
ing my door with a large heavy end table. Since the bulting
of my door, the rapes have ended. However, Since this time,
I have Suffered the people the below me have been talking
about me loudly about the rape Video's. I Cursed her out one
time from my window. A males Voice told her "that's enough"!
"he can hear you talking about him.

        I, Mark A. Little declare Under penalty of perjury accord-
ing to the laws of the state of tolifornia in California

                                    (over)

Page 2 of 2

that the Contents of this Complaint is true & Correct to the best of my knowledge. By Signing, I do declare.

Mark A. Little

Mark A. Little

06/12/19

Note:

On 05/14/19, the Mexican guy upstairs became angry as he proclaimed "I'm tired of watching him masterbate. He then Continued to bang on my Ceiling and hissed in their Vent.

On 05/16/19, I complained about the body upstairs; the mexican guy.

On 05/19/19 I suffered a 3 Hr. loss of time.

On 05/28/19 I lost time, being raped from 8pm-10:30pm. I was in my Apartment.

Lorenzo Jackson was heard bragging about how he uses witchcraft to seduce my sleeping body. He was bragging about my body's reactions to his demonic spells.

Mark A. Little

Mark A. Little

06/12/19

Note:

Last Night, 06/12/19 @ 11:30 pm, I heard something, like a plumbing snake, going along the Air Vent. As I pissoned, I realized it was probably a camera being used to violate my right's to privacy. This is something Lorenzo and Scrappy would purchase for spying out my peace.

Mark A. Little

Mark A. Little   06/13/19

*CH-100, ITEM 6 - DESCRIBE "HARASSMENT"*

**PLEASE PROVIDE A DETAILED ACCOUNT OF THE INCIDENT(S)**

**THAT IS THE BASIS OF YOUR REQUEST FOR A T.R.O. IN THE**

**SPACE PROVIDED:**

On Wednesday, 07/17/19, Lorenzo Jackson, (AKA) Scrappy, Apt. 304 and the people who paid Lorenzo and Scrappy to make rape phone Video's. They'd put these video's on Porn Hub-X-Video's etc. Then Google would send them a check for over a thousand dollars once the Video's get a certain # of hits.

Concerning this rape incident, I called the Police on Saturday. They took me to the rape Unit. There was DNA Testing Conducted.

On Wednesday July the 24th, I went to Porn Hub. Com / "He F...ked the Shit out of Him" There I saw rape video's of me that hurt so bad, I called the FBI & Cursed them out. 4x (because they've been ignoring me for over 4 years now. They hang up when I say I'm a Sex Slave & Victem of human trafficing.

The Manager will not help me. She said a Sliding lock on my door is a fire hazard. Yet it's okay for her employees to sell a copy of the key to my Unit & I Suffer being raped & humiliated by Lorenzo, Scrappy & the woman in unit 304.

I will need her phone Records Subpoenaed.

**Los Angeles Police Department**
**INVESTIGATIVE REPORT**

Page ___ of ___   03.01.00 (03/18)   REPORT OF: __ UCR CODE ___ CC: ___   MULTIPLE DRS ON THIS REPORT ☐

REPORT OF: *SODOMY*   INVEST DIV/INCI RAMP *19072100657-3*   DR #

| CASE SCREENING FACTOR(S) | |
|---|---|
| ☒ SUSPECT/VEHICLE NOT SEEN | |
| ☐ PRINTS OR OTHER EVIDENCE NOT PRESENT | |
| ☒ MO NOT DISTINCT | |
| ☒ PROPERTY LOSS LESS THAN $5,000 | |
| ☒ NO SERIOUS INJURY TO VICTIM | |
| ☒ ONLY ONE VICTIM INVOLVED | |

VICTIM
LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS) *MARK L.*   SEX *M*   DESC *W*   HT   WT   AGE   DOB   X ☐

ADDRESS
R -    ZIP   PHONE   X ☐
B -    *CONFIDENTIAL*   ☐

E-MAIL ADDRESS   CELL PHONE

DR. LIC. NO. (IF NONE, OTHER ID & NO#)   FOREIGN LANGUAGE SPOKEN   OCCUPATION

**PREMISES** (SPECIFIC TYPE)   ☐ ATM   *APT UNIT*

**ENTRY** 459/BFV POINT OF ENTRY   POINT OF EXIT   LOCATION OF OCCURRENCE   SAME AS V'S ☒ RES. ☐ BUS.   R.D. *0337*   PRINTS BY PREL. INV. ATTEMPT ☐Y ☒N  OBTAINED ☐Y ☒N
☐ FRONT
☐ REAR   METHOD
☐ SIDE   DATE & TIME OF OCCURRENCE *7/18/19 2200 HOURS - 7/19/19 0100 HOURS*   DATE & TIME REPORTED TO PD *7/21/19 0000 HOURS*
☐ ROOF
☐ FLOOR   INSTRUMENT/TOOL USED   TYPE PROPERTY STOLEN/LOST/DAMAGED 03.04.00 GIVEN   STOLEN/LOST $   RECOVERED $   EST. DAMAGED ARSON / VAND.
☐ OTHER

VICT'S VEH. (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO.   NOTIFICATION(S) (PERSON & DIVISION) *DET LEE 33252 (RAMP SEX)*   CONNECTED REPORT(S) (TYPE & DR #)

**MO** IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.

*VICT WAS RENDERED UNCONSCIOUS BY UNK MEANS, WHILE UNCONSCIOUS A UNK SUSP PENETRATED THE VICT'S ANAL CAVITY W/A FOREIGN OBJECT.*

TRANSIT-RELATED INCIDENT   MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM ☒   MOTIVATED BY HATRED/PREJUDICE   DOMESTIC VIOLENCE

**REPORTING EMPLOYEE(S)**
| INITIALS, LAST NAME | SERIAL NO. | DIV./DETAIL | PERSON REPORTING | SIGNATURE | OR RECEIVED BY PHONE |
|---|---|---|---|---|---|
| *GOMEZ, D* | *37934* | *RAMPART* | *OFCR* | | |
| *VALENCIA, K* | *43827* | *2A5-W3* | NOTE: IF SHORT FORM AND VICTIM/PR ARE NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION. | | |

## THIS REPORT DOES NOT CONSTITUTE VALID IDENTIFICATION
### KEEP THIS REPORT FOR REFERENCE. INSTRUCCIONES EN ESPAÑOL AL REVERSO.

*Your case will be assigned to a detective for follow-up investigation based upon specific facts obtained during the initial investigation. Studies have shown that the presence of these facts can predict whether a detailed follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property, in a manner that is cost-effective to you, the taxpayer. Significant decreases in personnel have made it impossible for detectives to personally discuss each and every case with all crime victims. A detective will not routinely contact you, unless the detective requires additional information.*

**TO REPORT ADDITIONAL INFORMATION:** If you have specific facts to provide which might assist in the investigation of your case, please contact the detective Monday through Friday, between 8:00 A.M. and 9:30 A.M., or between 2:30 P.M. and 4:00 P.M. at telephone number _____. If the detective is not available when you call, please leave a message and include the telephone number where you can be reached.

**COPY OF REPORT:** If you wish to purchase a copy of the complete report, phone (213) 486-8130 to obtain the purchase price. Send a check or money order payable to the Los Angeles Police Department to Records and Identification Division, Box 30158, Los Angeles, CA 90030. Include a copy of this report or the following information with your request: 1) Name and address of victims; 2) Type of report and DR number (if listed above); 3) Date and location of occurrence. NOTE: Requests not accompanied by proper payment will not be processed.

**DR NUMBER:** If not entered on this form, the DR number may be obtained by writing to Records and Identification Division and giving the information needed to obtain a copy of the report (see above paragraph). Specify that you only want the DR number. It will be forwarded without delay. There is no charge for this service.

**CREDIT CARDS/CHECKS:** Immediately notify concerned credit corporation or banks to avoid possibility of being liable for someone else using your stolen or lost credit card or check.

**HOW YOU CAN HELP THE INVESTIGATION OF YOUR CASE:**
* Keep this memo for reference.
* If stolen items have serial numbers not available at time of report, attempt to locate them and phone them to the detective at the listed number.
* If you discover additional losses, complete and mail in the Supplemental Property Loss form given to you by the reporting employee.
* Promptly report recovery of property.
* Promptly report additional information such as a neighbor informing you of suspicious activity at time crime occurred.

**VICTIM ASSISTANCE PROGRAM:** The Los Angeles City Attorney's Victim Assistance Program and Los Angeles District Attorney's Office Bureau of Victim Services can help determine if you qualify for victim compensation. If you are a victim of a qualifying crime, they will assist with filing your claim application. If you are a victim or a witness and will be going to court, they will explain the court procedures to you. To find the program location nearest you, call the Los Angeles City Attorney's Victim Assistance Program at (213) 978-4537, or the Los Angeles County District Attorney's Office, Bureau of Victim Services, at (800) 380-3811.

**CALIFORNIA VICTIM COMPENSATION BOARD:** Refer to paragraph at bottom of reverse side.



7/18/19
1 page

# DEPARTAMENTO DE POLICIA
## DE LOS ANGELES

## MEMORANDUM DE REPORTE PARA VICTIMAS

*Su caso será asignado a un detective para continuar la investigación basandose en factores especificos obtenidos durante la investigación inicial. Estudios han demonstrado que la presencia de estos factores pueden predecir si una investigación datallada podria resultar en el arresto y prosecución del responsable o la recuperación de la propiedad, de una manera que es menos costosa para ud, el contribuyente. Disminuciones significantes de personal han hecho imposible a los detectives discutir personalmente cada caso con todas las victimas de crimenes. El detective no lo contactara rutinariamente a menos que requiera información adicional.*

**PARA REPORTAR INFORMACIÓN ADICIONAL:** Si tiene datos especificos que proveer que puedieran asistir en la investigación de su caso, favor de comunicárse con el detective de Lunes a Viernes, entre las 8:00 y 9:30 de la mañana o entre las 2:30 y 4:00 de la tarde al teléfono _____ . Si el detective no se encuentra disponible cuando usted llame, favor de dejar un mensaje incluyendo un número de teléfono dónde se pueda comunicar con usted.

**COPIA DE REPORTE:** Si deséa comprar una copia del reporte completo, llame al (213) 486-8133 para obtener el precio actual. Remita un cheque o giro postal a Los Angeles Police Department Records and Identification Division, Box 30158, Los Angeles, California 90030. Incluya con su petición una copia de este reporte o la siguiente información: 1) Nombre y domicilio de la víctima(s); 2) Tipo de reporte, y numero de DR, (si está listado en esta forma); 3) Fecha y lugar de los hechos. NOTA: Peticiones no adjuntas al pago apropiado no serán procesadas.

**NUMERO DR:** Si no aparece en esta forma, el número DR se puede obtener escribiendo a Records and Identification Division dándoles la información necesaria para obtener una copia del reporte (vea el párrafo anterior). Especifique que usted quiere el número DR. Será mandado sín tardanzas. No hay cargos por este servicio.

**TARJETA DE CREDITO/CHEQUES:** Notifique ímediatamente a su compañía de crédito o banco para evitar la posibilidad de hacerse sujeto a que alguien use sus cheques o tarjeta perdida o robada.

**¿CÓMO PUEDE AYUDAR EN LA INVESTIGACIÓN DE SU CASO?**

- Mantenga este memorándum como referencia.
- Si los bienes robados tienen número de serie, y no los tenía al llenar el reporte trate de localizarlos y llame al detective al número listado.
- Si descrube perdidas adicionales, llene y mande la forma Supplemental Property Loss proveida por el empleado tomando el reporte.
- Reporte la recuperación de bienes de inmediato.
- Reporte detalles adicional de inmediato tal como un vecino informándole de actividad sospechosa en el tiempo en que occurió el delito.

**PROGRAMA DE ASISTENCIA A VICTIMAS: El programa de asistencia a víctimas de la ciudad y del condado de Los Angeles puede ayudar a determinar si usted califica para una compensación como víctima de un crimen violento. Si usted califica, le ayudarán a llenar su reclamo. Si usted es víctima de un crimen y estará asistiendo a corte, ellos le explicaran el procedimiento de la corte.**

Para encontrar la oficina más cercana a usted, llame la oficina del Procurador de la Ciudad de Los Angeles (213) 978-4537 o visite su sitio web www.helplacrimevictims.org o a la oficina del Fiscal del Condado de Los Angeles (800) 380-3811.

**COMPENSACIÓN PARA VÍCTIMAS DE CRIMENES VIOLENTOS:** Si usted ha sido víctima de un crimen violento usted puede calificar para un reembolso por gastos médicos, gastos de salud mental, reubicación, perdidas de sueldo o apoyo económico, rehabilitación o reentrenamiento vocacional. Si la herida o la muerte resultó a causa de un accidente de carro, usted o su afectado también puede calificar si el chofer culpable fue sometido a uno de los siguientes cargos: conducir bajo la influencia del alcohol o drogas; chocar y huir; usar el vehículo como arma, o huyendo del sitio de un delito violento.

Si usted pago los gastos de un entierro/funeral de una víctima de un delito violento, puede ser reembolsado hasta $7,500 por los gastos. El Estado no reembolsará por daños o ni perdidas de propiedad. La ley [Sección 13959(a-c) y las subsiguientes secciones del Código Gubernamental] requiere que reporte el crimen y que coopere con la ley para recibir el reembolso. Usted tiene tres años, a partir de la fecha del delito, para hacer su reclamo (este límite se puede extender si hay una causa que lo justifique).

Para recibir asistencia de Compensacion para Victimas se puede comunicar con las siguientes: La Oficina del Procurador de la Ciudad de Los Angeles (213) 978-4537 or visite su sitio web www.helplacrimevictims.org or la oficina del Fiscal del Condado de Los Angeles (800) 380-3811.

**CALIFORNIA VICTIM COMPENSATION BOARD:** If you are a victim of a violent crime and are injured as a result of the crime, you may be eligible for reimbursement for medical expenses, mental health expenses, relocation, loss of wages, support loss, or job rehabilitation. If injury or death was the result of an auto accident, you and surviving victims may also qualify if the driver at fault was charged with one of the following: driving under the influence of alcohol or drugs; hit and run; using the vehicle as a weapon; or fleeing the scene of a violent crime.

If you paid the funeral/burial expenses for someone who was a victim of a violent crime, you may be eligible for reimbursement for up to $7,500 for funeral/burial expenses. Property loss or damage will not be paid by the State. The law [California Government Code Section 13959 (a-c)] requires that a victim report the crime, and must cooperate with law enforcement in order to be found eligible for reimbursement. You have three years from the date of the crime to file a claim (may be extended for good cause).

To receive assistance with the Victim Compensation application, you may call one of these agencies: Los Angeles City Attorney Victim Assistance Program (213) 978-4537 or visit their website at: www.helplacrimevictims.org, or Los Angeles District Attorney's Office, Bureau of Victim Services (800) 380-3811.

## GUARDE ESTE MEMORANDUM PARA REFERENCIA

www.LAPDOnline.org

www.joinLAPD.com

**CH-109**    Notice of Court Hearing

YOUR COPY

*Clerk stamps date here when form is filed.*

**(1) Person Seeking Protection**

   a. Your Full Name: **Mark Anthony Little**

   Your Lawyer *(if you have one for this case):*

   Name: _____ State Bar No.: _____

   Firm Name: _____

   b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.):*

   Address: **111 S. Lucas Ave. Apt. 404**

   City: **Los Angeles** State: **CA** Zip: **90026**

   Telephone: _____ Fax: _____

   E-Mail Address: _____

FILED
Superior Court of California
County of Los Angeles

AUG 0 5 2019

Sherri R. Carter, Executive Officer/Clerk
By _Sharon Gonzales_, Deputy
Sharon Gonzales

*Fill in court name and street address:*

Superior Court of California, County of
**Los Angeles Superior Court
Central District, Family Law
111 N. Hill Street, Room 426
Los Angeles, CA 90012**

*Court fills in case number when form is filed.*

Case Number:
**19STRO05330**

**(2) Person From Whom Protection Is Sought**

   Full Name: **Lorenzo Jackson**

*The court will complete the rest of this form.*

**(3) Notice of Hearing**

A court hearing is scheduled on the request for restraining orders against the person in (2):

| Hearing Date → | Date: **08/26/19** Time: **8:30AM** | Name and address of court if different from above: |
|---|---|---|
| | Dept.: **04** Room: **895** | |

**(4) Temporary Restraining Orders** *(Any orders granted are on Form CH-110, served with this notice.)*

   a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in Form CH-100, *Request for Civil Harassment Restraining Orders,* are *(check only one box below):*

     (1) ☐ All **GRANTED** until the court hearing.

     (2) ☒ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

     (3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2014, Mandatory Form
Code of Civil Procedure, § 527.6
Approved by DOJ

**Notice of Court Hearing
(Civil Harassment Prevention)**

CH-109, Page 1 of 3
→

**CH-100**   **Request for Civil Harassment**
**Restraining Orders**

Read *Can a Civil Harassment Restraining Order Help Me?* (form CH-100-INFO) before completing this form. Also fill out *Confidential CLETS Information* (form CLETS-001) with as much information as you know.

*Clerk stamps date here when form is filed.*

**FILED**
Superior Court of California
County of Los Angeles

**AUG 05 2019**

Sherri R. Carter, Executive Officer/Clerk of Court
By _Mary Salazar_, Deputy
Mari Salazar

① **Person Seeking Protection**

a.  Your Full Name: _Mark Anthony Little_     Age: _52_

Your Lawyer *(if you have one for this case)*

Name: _____

Firm Name: _____   State Bar No.: _____

*Fill in court name and street address:*

Superior Court of California, County of
Los Angeles Superior Court
Central District, Family Law
111 N. Hill Street, Room 426
Los Angeles, CA 90012

b.  Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*

Address: _111 S. Lucas Ave._

City: _Los Angeles_     State: _CA_   Zip: _90026_

Telephone: _____   Fax: _____

E-Mail Address: _____

*Court fills in case number when form is filed.*

Case Number:
**19STRO05330**

② **Person From Whom Protection Is Sought**

Full Name: _Lorenzo Jackson_     Age: _55_

Address *(if known):* _413 E. 7th St. Los Angeles CA. 90015_

City: _Los Angeles_     State: _CA_   Zip: _90013_

③ **Additional Protected Persons**

a.  Are you asking for protection for any other family or household members?  ☐ Yes ☐ No   *If yes, list them:*

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|-----------|-----|-----|-----------------|------------------------------|
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |
| _____ | ___ | ___ | ☐ Yes ☐ No | _____ |

☐ *Check here if there are more persons. Attach a sheet of paper and write "Attachment 3a—Additional Protected Persons" for a title. You may use form MC-025, Attachment.*

b.  Why do these people need protection? *(Explain below.)*

☑ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 3b—Why Others Need Protection" for a title.*

The Dept. of Mental Health LA Co. Deemed me a sex slave & sub-contracted with the Southern Cal. Urban Militia Corp. to rape, kidnap-torture. Publicly disgrace, force my WM and practice Religious hate-crimes against me ... A preacher of love.

**This is not a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

**Request for Civil Harassment Restraining Orders**
**(Civil Harassment Prevention)**

CH-100, Page 1 of 6
→

Case Number:

**(4) Relationship of Parties**

How do you know the person in **(2)**? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 4—Relationship of Parties" for a title.*

I met him through SRO Placement into the Langston Hotel on 7th St.

**(5) Venue**

Why are you filing in this county? *(Check all that apply):*

a. ☑ The person in **(2)** lives in this county.

b. ☐ I was harassed by the person in **(2)** in this county.

c. ☐ Other *(specify):* _____

**(6) Other Court Cases**

a. Have you or any of the persons named in **(3)** been involved in another court case with the person in **(2)**?

☐ Yes  ☑ No    *(If yes, check each kind of case and indicate where and when each was filed.)*

| Kind of Case | | Filed in *(County/State)* | Year Filed | Case Number *(if known)* |
|---|---|---|---|---|
| (1) ☐ Civil Harassment | | _____ | _____ | _____ |
| (2) ☐ Domestic Violence | | _____ | _____ | _____ |
| (3) ☐ Divorce, Nullity, Legal Separation | | _____ | _____ | _____ |
| (4) ☐ Paternity, Parentage, Child Custody | | _____ | _____ | _____ |
| (5) ☐ Elder or Dependent Adult Abuse | | _____ | _____ | _____ |
| (6) ☐ Eviction | | _____ | _____ | _____ |
| (7) ☐ Guardianship | | _____ | _____ | _____ |
| (8) ☐ Workplace Violence | | _____ | _____ | _____ |
| (9) ☑ Small Claims | | _____ | _____ | _____ |
| (10) ☐ Criminal | | _____ | _____ | _____ |
| (11) ☐ Other *(specify):* _____ | | _____ | _____ | _____ |

b. Are there now any protective or restraining orders in effect relating to you or any of the persons in **(3)** and the person in **(2)**? ☑ No  ☐ Yes  *(If yes, attach a copy if you have one.)*

**(7) Description of Harassment**

Harassment means violence or threats of violence against you, or a course of conduct that seriously alarmed, annoyed, or harassed you and caused you substantial emotional distress. A course of conduct is more than one act.

a. Tell the court about the last time the person in **(2)** harassed you.

(1) When did it happen? *(provide date or estimated date):* This issue began in October - Nov.

(2) Who else was there? of 2018. Lorenzo raped me with others - breaking in my Apt. while I was on toilet 07/17th 2019 DH testing Sat. 07/20/18 Please Review Police Report

**This is not a Court Order.**

Case Number:

(7) a. (3)   How did the person in (2) harass you? *(Explain below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(3)—Describe Harassment" for a title.*

Lorenzo Paid Maintenance no other janitorial personnel for the keys to my Apt. He has entered my unit with Scrappy who has repeatedly recorded paying people to rape me with Rape for profit VIA PORN HUB.com & other Sites like X-videos.com. I have video's I downloaded from this Sit. PHub.com. Google paid them over $1100.00 after a certain # of hits. Google is funding this terrorest operation against me.

(4)   Did the person in (2) use or threaten to use a gun or any other weapon?

☑ Yes  ☐ No  *(If yes, explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(4)—Use of Weapons" for a title.*

Lorenzo and Scrappy Stalk me with terrorest threats, they Steal my posessions and drug me when I am tazed. Lorenzo Tortures me often.

(5)   Were you harmed or injured because of the harassment?

☑ Yes  ☐ No  *(If yes, explain below):*
☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7a(5)—Harm or Injury" for a title.*

There are Many Medical Reports and Police Reports. I will request a Copy of my Medical Records & prove they came into the Past Los Angeles Community Hospital and raped me. Nursing Staff Stole my posessions.

(6)   Did the police come?  ☑ Yes  ☑ No

If yes, did they give you or the person in (2) an Emergency Protective Order?  ☐ Yes  ☐ No

If yes, the order protects *(check all that apply):*

☐ Me  ☐ The person in (2)  ☐ The persons in (3).

*(Attach a copy of the order if you have one.)*

b.  Has the person in (2) harassed you at other times?

☑ Yes  ☐ No  *(If yes, describe prior incidents and provide dates of harassment below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 7b—Previous Harassment" for a title.*

Lorenzo and Scrappy [AKA] have been raping, torturing, terror-threatening me, drugging me, Robbing me and Braing my will against the will of my God. Lorenzo & Scrappy paid Stalkers by letting them rape me for Stalking Services.

**This is not a Court Order.**

Case Number:

**Check the orders you want.** ☑

(8) ☒ **Personal Conduct Orders**

I ask the court to order the person in (2) **not** to do any of the following things to me or to any person to be protected listed in (3):

a. ☑ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse, destroy personal property of, or disturb the peace of the person.

b. ☑ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax, or by other electronic means.

c. ☑ Other (specify): Order him to Vacate Apt-304 and remove Wireless Web Cams fro
☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 8c—Other Personal Conduct Orders," for a title.

my Apt. Unit, & to turn over the keys to the Judge. And to reinburse the victem $2,500.00 for stolen Property and food

The person in (2) will be ordered not to take any action to get the addresses or locations of any protected person unless the court finds good cause not to make the order.

(9) ☒ **Stay-Away Orders**

a. I ask the court to order the person in (2) to stay at least 100 yards away from (check all that apply):

(1) ☑ Me.
(2) ☐ The other persons listed in (3).
(3) ☑ My home.
(4) ☑ My job or workplace.
(5) ☑ My school.
(6) ☐ My children's school.
(7) ☐ My children's place of child care.
(8) ☐ My vehicle.
(9) ☑ Other (specify):
Please Order Lorenzo to tell you how many Women were engineered for life insurance Money after my Untimely decease. Please tell Lorenzo to answer why he was permitted to rape me having AIDS. It was reported he ch

b. If the court orders the person in (2) to stay away from all the places listed above, will he or she still be able In ma Z to get to his or her home, school, or job? ☑ Yes ☐ No (If no, explain below):

☐ Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 9b—Stay-Away Orders," for a title.

(10) **Guns or Other Firearms and Ammunition**

Does the person in (2) own or possess any guns or other firearms? ☑ Yes ☐ No ☑ I don't know

If the judge grants a protective order, the person in (2) will be prohibited from owning, possessing, purchasing, receiving, or attempting to purchase or receive a gun, other firearm, and ammunition while the protective order is in effect. The person in (2) will also be ordered to turn in to law enforcement, or sell to or store with a licensed gun dealer, any guns or firearms within his or her immediate possession or control.

**This is not a Court Order.**

Case Number: [blank]

**(11)** ☑ **Temporary Restraining Order**

I request that a Temporary Restraining Order (TRO) be issued against the person in ② to last until the hearing. I am presenting form CH-110, *Temporary Restraining Order*, for the court's signature together with this *Request.*

Has the person in ② been told that you were going to go to court to seek a TRO against him/her?

☐ Yes  ☑ No  *(If you answered no, explain why below):*

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 11—Temporary Restraining Order" for a title.*

I did not because I fear further torture and thefts. Lorenzo knows what I am doing because they watch me seeking opportunity to tape me. I was in fear of being tased upon opening my door.

**(12)** ☑ **Request to Give Less Than Five Days' Notice of Hearing**

You must have your papers personally served on the person in ② at least five days before the hearing, unless the court orders a shorter time for service. (Form CH-200-INFO explains What Is "Proof of Personal Service"? Form CH-200, *Proof of Personal Service, may be used to show the court that the papers have been served.)*

If you want there to be fewer than five days between service and the hearing, explain why below:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 12—Request to Give Less Than Five Days' Notice" for a title.*

(Mam, Sir) the sooner I can get this issue into the Courts, perhaps you may be abled to help me to have this case remanded over to either the U.S. District court central Division for Constitu- tion and Human Rights violations. Thank you.

**(13)** ☑ **No Fee for Filing or Service**

a. ☑ There should be no filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence.

b. ☑ The sheriff or marshal should serve (notify) the person in ② about the orders for free because my request for orders is based on unlawful violence, a credible threat of violence, or stalking.

c. ☐ There should be no filing fee and the sheriff or marshal should serve the person in ② for free because I am entitled to a fee waiver. *(You must complete and file form FW-001, Application for Waiver of Court Fees and Costs .)*

**(14)** ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my  ☐ lawyer's fees  ☐ Court costs.

The amounts requested are:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
|  | $ |  | $ |
|  | $ |  | $ |
|  | $ |  | $ |

☐ *Check here if there are more items. Put the items and amounts on the attached sheet of paper or form MC-025 and write "Attachment 14—Lawyer's Fees and Costs" for a title.*

**This is not a Court Order.**

Case Number: 

---

(15) ☐ **Possession and Protection of Animals**

I ask the court to order the following:

a. ☐ That I be given the sole possession, care, and control of the animals listed below, which I own, possess, lease, keep, or hold, or which reside in my household.

*(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

I request sole possession of the animals because *(specify good cause for granting order)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 15a—Possession of Animals" for a title.*

_____

_____

_____

b. ☐ That the person in ②must stay at least_____yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

(16) ☐ **Additional Orders Requested**

I ask the court to make the following additional orders *(specify)*:

☐ *Check here if there is not enough space for your answer. Put your complete answer on the attached sheet of paper or form MC-025 and write "Attachment 16—Additional Orders Requested," for a title.*

Please Order Lorenzo to tell you (Paperwork) how many people raped me for profit and how many women were empregnated by me, to date. Thank you.

(17) Number of pages attached to this form, if any: _____

Date: _____

_____
Lawyer's name (if any)

▶ _____
Lawyer's signature

I declare under penalty of perjury under the laws of the State of California that the information above and on all attachments is true and correct.

Date: 08/04/2049

Mark A Little
Type or print your name

▶ *Mark A. Little*
Sign your name

**This is not a Court Order.**

# JUDICIAL REFERRAL

**RESOURCE CENTER FOR SELF-REPRESENTED LITIGANTS/ FAMILY LAW FACILITATOR**
111 N Hill St., Los Angeles CA 90012, Room 426

Case Name: _Little vs Jackson_     Today's date: _AUG 26 2019_

Case Number: _19STRO05330_     Dept.: _84_

Continued to: _____     Ext _____

Please provide assistance with: *

| Schedule future service: | Other: |
|---|---|
| Divorce or Paternity | _____ Determination of Arrears CS/SS |
| _____ Petition or Response | _____ Fee Waiver |
| _____ Service/ Posting/ Publication | _____ Findings and Order after Hearing |
| _____ Declaration of Disclosure | _____ Income and Expense |
| _____ Judgment: | _____ Notice of Change of Address |
| _____ Contested (after trial only) | _____ Notice of Continuance |
| _____ Default | _____ OSC C/ V/ CS/ SS/ Prop/ Enforce |
| _____ Stipulated | _____ Referral |
| | _____ Request for Trial Setting |
| _____ Trial Brief | _____ Request to Enter Default |
| | _____ Responsive Declaration |
| DV Restraining Order | _____ Service/ Posting/ Publication |
| _____ Answer | _____ Wage Assignment |
| | _____ Exhibit list, Witness list |
| _____ Civil Harassment RO Request/ Answer (Go directly to Civil Resource Center in room 106) | Trial brief |

| Referrals to other agencies: | |
|---|---|
| _____ Conservatorship | _____ Enforcement/ Abstracts/ Writs |
| _____ Discovery | _____ Grandparents |
| _____ DVRO Request | _____ Guardianship |
| | _____ Pension Joinder |

| DissoMaster Notes: | | Father | Mother |
|---|---|---|---|
| | Children | | |
| | Time | % | % |
| | Income (monthly) | $ | $ |

Notes: Information

* The Resource Center/ Family Law Facilitator may not be able to accommodate all requests for service.

JS/3-11

LITTLE, MARK ANTHONY

111 S. LUCAS AVE. APT 404
LOS ANGELES, CA 90026
(323)425-0826


L.A SUPERIOR COURT STANLEY MOSK   19100
111 N HILL ST.                    Branch: 12
LOS ANGELES, CA 90012
                    Case Number/19STRO05330
Plaintiff: LITTLE, MARK ANTHONY              NOTICE OF SERVICE
Defendant: JACKSON, LORENZO


Documents:
  CH-109.
  CH-100.
  CH-100,ITEM 6-DESCRIBE "HARASSMENT".
  DECLARATION.
  LAPD INVESTIGATIVE REPORT.
  DECLARATION OF EX PARTE NOTICE.
  SAN GABRIEL VALLEY MEDICAL CENTER DISCHARGE INSTRUCTIONS.
  BLANK CH-120.
  CH-120-INFO.
  CH-250.CH-800.
  CH-800-INFO.

# DECLARATION 1 of 3

To whom this may concern:

2 Hello, My name is Mark A. Little. I am a Victem
3 of Domestic Terrorism, Rape and Human Traffic-
4 ing. These Crimes are centered on a religious
5 Hate Crime.
6
7       On Friday¹⁶-Sat. Morning, I was raped
8 (08/16/19 - On Saturday¹⁷-Sunday¹⁸ Morning)08/17/19 ⓜ
9 I was gang raped On Sat.-Sun. ⁱⁿ The girl
10 down stairs Bragged about the number of People
11 Who had paid her to have them in her apart
12 ment and to rape me One person said, What
13 good is a lot of money if you spend the rest
14 of your life in jail. She Continued to talk
15 and laugh about the wireless camera's She
16 had planted in my Unit.
17
18       I Argued with her indirectly, Saying
19 I was going to put her in prison for life. I
20 told her Lorenzo Jackson Would be going On
21 Friday & She would be next. Then I'd Say,
22 I'll See you in Court.
23
24       She and a Male voice, Lorenzo Jackson,
25 I assume, Would often speak to one another
26 in my hearing. They'd talk about me master
27 baiting and finding ways to attempt to
28 "turn his fucking ass Out"! Says the Male voice.

Declaration Cont. 2 of 3

1  Lorenzo has 3 female accomplices who are
2  Cashing in on my State of Disenfranchised Social
3  Oppression. They are documented in past reports
4  Concerning these rape incidents. The Male
5  voice has been terror threatening to do me
6  physical harm. He had a light Skinned guy
7  @ 6'5" 275 LBS. Circling me for my life
8  while I was preaching on 5th and Spring.
9  I was not intimidated, I continued to
10  preach and ended up argueing with
11  2 troubled rapest homosexual.
12
13          This morning 08/20/19, The girl
14  down Stairs Spoke in my hearing about me
15  Caressing my testicals & masterbating. The
16  male voice Said, "this is why we need to
17  have Cameras all over his place because
18  when we See what he likes we can
19  turn his body the fuck out." This is
20  Lorenzo Jackson. They Stalk me here in my
21  Unit. The rape Video's are Very painful. My
22  body responds to physical aggressive commands.
23  They forsed me to take Such long and
24  big dick that pounded my ass with rage.
25  Lord.
26          My Only recourse is the U.S. District Court.
27  They are trying to Cause me to have a heart attack
28  VIA high levels of Stress & health issues.

Declaration Cont. 3 of 3

1        Last week, I went to the Rape
2  Unit, these people are busting my ass open and then
3  injecting me with Novacane when they're done
4  torturing me by having brutal Rage fuck Sessions
5
6        Then I see the Video's, and I see
7  their prosperity ... do you know how much
8  this hurts? This doesn't include the Stalkings
9  Anti-Psychotic Meds. etc.
10
11        I am in fear for my life. I must find out
12  who is responsible for these human rights Crimes
13  against me. I need to find out who is responsible
14  for disenfranchising me.
15        There is no help from the Police.
16        The State is trying to kill me
17        The FBI seems to be ignoring me.
18
19        It seems, my only recourse is to take this
20  issue before the Courts. This takes patience &
21  tollerance. Once I get these agent's in court.
22 I will get justice Until then, my God's will be
23  done. I will preach and Teach.
24        I, Mark A. Little, declare under penalty
25 of perjury according to the laws of the State of
26  California that the Contents of this Declaration
27  are true & Correct. By Signing, I do declare.
28      Mark A. Little
        Mark A. Little 05/21/19

Los Angeles County Department of Mental Health – MH 302 NCR
State of California
Health and Human Services Agency

Department of Health Care Services

CLIENT NAME: Mark Little

## APPLICATION FOR 72 HOUR DETENTION FOR EVALUATION AND TREATMENT
### (CONTINUED)

**Historical course of the person's mental disorder:**

☑ I have considered the historical course of the person's mental disorder: [Includes evidence presented by service/support provider, family member(s), and person subject to probable cause determination or designee.]

Client has been becoming more aggressive, pulled knife on, [illegible] was so paranoid that he dismed door w/ a knife, client was kicked out of housing for pulling a knife on staff

☐ No reasonable bearing on determination   ☐ No information available

| Advisee's Name | Address | Phone Number | Relation |
|---|---|---|---|
| Andrew Hughes | | (213) 220-2495 | Clinician |
| Lauri Maas | | (213) 248-4649 | |

Based upon the above information, there is probable cause to believe that said person is, as a result of mental health disorder:

☐ **A danger to himself / herself.**          ☐ **Gravely disabled adult.**

☒ **A danger to others.**          ☐ **Gravely disabled minor.**

**Minors only:** ☐ Based upon the above information, it appears that there is probable cause to believe that authorization for voluntary treatment is not available.

*Signature, title and badge number* of peace officer, professional person in charge of the facility designated by the county for evaluation and treatment, member of the attending staff, designated members of a mobile crisis team, or professional person designated by the county.

| X _(signature)_ LCSW | Badge/ID # 607452 | Date: 9-3-19 | Phone: 1/800 |
|---|---|---|---|
| Lauri Maas LCSW | | Time: 1703 | 854-777 |

| Name of Law Enforcement Agency or Evaluation Facility/Person: | Address of Law Enforcement Agency or Evaluation Facility/Person: | For patients in medical ERs, detention began: |
|---|---|---|
| FOTD-HOME Team-Skid row | 550 S. Vento Ave LA CA 90020 | Date: Time: |

## NOTIFICATIONS TO BE PROVIDED TO LAW ENFORCEMENT AGENCY

Notify (officer/unit & telephone #): _____

## NOTIFICATION OF PERSON'S RELEASE IS REQUESTED BY THE REFERRING PEACE OFFICER BECAUSE:

☐ The person has been referred to the facility under circumstances which, based upon an allegation of facts regarding actions witnessed by the officer or another person, would support the filing of a criminal complaint.

☐ Weapon was confiscated pursuant to Section 8102 W&I Code. Upon release, facility is required to provide notice to the person regarding the procedure to obtain return of any confiscated firearm pursuant to Section 8102 W&I Code.

### SEE SUBSEQUENT PAGES FOR DEFINITIONS AND REFERENCES

Page 2 of 4

Reference: DHCS 1801 (04/18)
Original Application: Accompany Client to Assessment, Evaluation, and Crisis Intervention Location or 5150/5585 Designated Facility

Los Angeles County Department of Mental Health – MH 302 NCR          Department of Health Care Services
State of California
Health and Human Services Agency

## APPLICATION FOR ASSESSMENT, EVALUATION, AND CRISIS INTERVENTION OR PLACEMENT FOR EVALUATION AND TREATMENT

### _Confidential Client/Patient Information_

See California W&I Code Section 5328 and HIPAA Privacy Rule

45 C.F.R. § 164.508

**Welfare and Institutions Code (W&I Code), Section 5150(f) and (g)**, require that each person, when first detained for psychiatric evaluation, be given certain specific information orally and a record be kept of the advisement by the evaluating facility.

☑ **Advisement Complete**        ☐ **Advisement Incomplete**

**Good Cause for Incomplete Advisement:**

Mac# 114886

| Advisement Completed By: | Position: | Language or Modality Used: | Date of Advisement: |
|---|---|---|---|
| Lavit Maas | PSW II | English | 9-3-19 |

### DETAINMENT ADVISEMENT

My name is Lavit Maas
I am a (peace officer/mental health professional) with (name of agency) Dept of Mental Health
You are not under criminal arrest, but I am taking you for examination by mental health professionals at (name of facility) LAC-USC

You will be told your rights by the mental health staff.

_**If taken into custody at his or her residence, the person shall also be told the following information:**_

You may bring a few personal items with you, which I will have to approve. Please inform me if you need assistance turning off any appliance or water. You may make a phone call and leave a note to tell your friends or family where you have been taken.

To: (name of 5150 designated facility): LAC-USC
Application is hereby made for the assessment and evaluation of Mark Little residing at 111 Lucas Ave LA CA 90026 # 404 , California, for up to 72- hour assessment, evaluation and ~~crisis intervention~~ or placement for evaluation and treatment at a designated facility pursuant to Section 5150, et seq. (adult) or Section 5585 et seq. (minor), of the W&I Code.  If a minor, authorization for voluntary treatment is not available and to the best of my knowledge, the legally responsible party appears to be / is: (**Check one**): ☐ _**Parent**_; ☐ _**Legal Guardian**_; ☐ _**Conservator**_;

☐ _**Juvenile Court under W&I Code 300**_; ☐ _**Juvenile Court under W&I Code 601/602.**_
If known, provide names, address and telephone numbers in area provided below: DOB: 11-7-66
Andrew Hughes (213) 220-2495
The above person's condition was called to my attention under the following circumstances: Client is a client of the HOME team, has been becoming increasingly agitate and agressive threaten to kill those Bteam staff, client believes he's being raped and HOME is part of conspiracy, client is preoccupied w/ sexual orientation of staff. Client threatens to kill Andrew on HOME team, stated "I'm going to take him in a courtroom and kill him" client believes HOME team staff is part of rape conspiracy

I have probable cause to believe that the person is, as a result of a mental health disorder, a danger to others, or to himself/ herself, or gravely disabled because: (state specific facts): Upon face to face client is agitated, agressive, continues to threaten staff. On phone today client said "I'm going to kill Hurt Matthen Tucker, he's gay he's behind the rape, he's w/ screech and Lorenton. I'm going to kill Hurt Tucker" Client has been escalating HOME screams and yells that he will kill HOME staff

### (CONTINUED ON NEXT PAGE)

Reference: DHCS 1801 (04/18)                                                          Page 1 of 4
Original Application:  Accompany Client to Assessment, Evaluation, and Crisis Intervention Location or 5150/5585 Designated Facility

Social worker told me she did not talk
to pt while talking to her. only stated
pt threatened over phone.

EMT Attendent  N. Granados

Nikolas Granados

Med Coast Ambulance

R 217

9-3-19

Phone/ Walk- in/ Voicemail (circle one)



**Eric Garcetti**
Mayor

## Constituent Services Intake Form

Name: _Mark Anthony Little_  Date: _09/10/2019_

Address: _111 S. Lucas Ave. Apt. 404_ City: _Los Angeles_

State: _CA_  Zip: _90026_

Phone/ Cell Number: _(323) 425-0826_

Email: _Marklittle1107@Gmail.com_

Is this your first visit to the Mayor's Office?  (Y)  N

Have you contacted your Councilmember/ 3-1-1?  Y  (N)

- Please describe your issue/ comment below as briefly as possible
- Please provide any documents that may assist us in helping you with your case
- **The Constituent Services Department will make every effort to assist you with your issue/ comment but we cannot guarantee the resolution to your issue that you may be looking for**

_The Dept. of MH deemed me a Sex Slave in the name of B.S.R in which they subcontracted with So. Cal. Urban M.C. to do their bidding of Sex Slavery, Rapes, Torture, Domestic terrorism and the Destruction & theft of my property. They have thousands of Rape Video's on line. Many may women have gotten Pregnant by me - getting life Insurance Policies while awaiting me to have a heart attack or to commit Suicide due to the despairing experiences of being brutally Raped - will forced while they fulfill their Sexual Fantisies upon me and google pays them over a thousand dollars per video after the video reaches a certain # of hits!_

_I was raped brutally Saturday. The Numbing agent is wearing off; I am troubled with it. However. I will not give in or give up._

LINC WESTLAKE ARTS L.P.
Mosaic Gardens at Westlake
111 S. Lucas Avenue
Los Angeles, California 90026
Phone (213) 335-3625 Fax (213) 622-8962
TTY 888-877-5378

October 1, 2019

Mark Little
111 S. Lucas Ave. #404
Los Angeles, CA 90026

Dear Mr. Little,

This is the breakdown of rent payments and balances that you requested.

**7/11/19: Rent $268.00 Amount paid: $295.00**

**$295.00-$268.00= $27.00 balance of over payment**

**8/1/19 Rent $268.00   Balance: $27.00    8/5/19 Amount paid: $268.00**

**Balance: $27.00 of over payment**

**8/20/19: Lock change $98.00   $98.00-$27.00(balance) = $71.00 owed for door lock**

**9/1/19: Rent $268.00 + 71.00(charge for lock) = $339.00**
**9/4/19: Amount paid for rent: $225.00   Amount owed: $339.00-$225.00= $114.00 balance owed**

**10/1/19: Rent $268.00 + $114.00= $382.00**

You can contact me at (213) 335-3625 Monday-Friday 8:00AM-1:00PM or 2:00PM-5:00PM with any questions or concerns.

Sincerely,
Mary Wiseman
Property Manager
**THE JOHN STEWART COMPANY**
**AGENT FOR OWNER**



25

Page 1 of 2 – DECLARATION

1  TO: Mosaic Garden Apt. Management Office

2  From: Mark A. Little

3  Re.: Harassment & Domestic Terrorism

4  Date 10/04/19

5  cc.: Mark A. Little

6

7  To whom this may Concern:

8  Hello, my name is Mark Anthony Little. I came in from

9  tending personal business at @ 8:30pm on Friday Oct.

10  4th 2019.

11        There was a heavy set tall dark female Security

12  Guard seated at her station. She, the Sec. Guard, was

13  speaking to 2 young women. They spoke of (Larry

14  and the young guy with the dried locks) how these

15  two were plumbing and fucking the hell out of me

16  and how google was paying them nigga's thousands

17  of dollars for busting that nigga's ass open. As I entered

18  the elevator, they began to giggle loudly.

19        I returned to the Security Desk at approximately

20  8:53pm. I saw she spoke with a pregnant lady and the

21  lady had a small child with her. At break, I asked the

22  Sec. guard for the name of her Co. She began to question

23  why and stated I had to get the name of their Co.

24  from her Supervisor, Joe. She was very defensive,

25  accusatory and appeared to be attempting to start an

26  verbal altercation. I saw this and headed to the

27  elevator after saying, good Night.

28 (OVER)

DECLARATION cont. Pge. 2 of 2

1        I, Mark Anthony Little, do declare
2 under Penalty of Perjury according to the Laws
3 of the State of California that the contents of this
4 Complaint are true and Correct, being filed against
5 this Unnamed Security officer (at the Mosiac Garden
6 Apartments at West Lake); under Penal Code 832.5
7 citizen Complaint for her painful acts of Slander, Character
8 Assassination, Criminal Conspiracy with deliberate intent --.,
9 Religious State crime and for knowing about 2 Series
10 of rapes by Sodomy and had not reported this unorm
11 while acting (maliciously Vindictively and disgracefully)
12 under Color of Law.

13        The time and date of this incident was
14 on October 4th 2019 @ 8:30pm.

15

16        By Signing, I do declare this truth to be
17 Expressed before the United States District Court ...
18      Mark A. Little
19      Mark A. Little
20        10/04/19
21 //
22 //
23 //
24 //
25
26
27
28



**Patient Education Material**
Hip Strain; Hip Contusion



You have a strain of the muscles around the hip joint. A muscle strain is a stretching or tearing of muscle fibers. This causes pain, especially when you move that muscle. There may also be some swelling and bruising.

## Home care

- Stay off the injured leg as much as possible until you can walk on it without pain. If you have a lot of pain with walking, crutches or a walker may be prescribed. These can be rented or purchased at many pharmacies and surgical or orthopedic supply stores. Follow your healthcare provider's advice about when to start putting weight on that leg.

- Apply an ice pack over the injured area for 15 to 20 minutes every 3 to 6 hours. Do this for the first 24 to 48 hours. You can make an ice pack by filling a plastic bag that seals at the top with ice cubes and then wrapping it with a thin towel. Be careful not to injure your skin with the ice treatments. Ice should never be applied directly to skin. Continue the use of ice packs for relief of pain and swelling as needed. After 48 hours, apply heat (warm shower or warm bath) for 15 to 20 minutes several times a day, or alternate ice and heat.

- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or gastrointestinal bleeding, talk with your healthcare provider before using these medicines.

- If you play sports, you may resume these activities when you are able to hop and run on the injured leg without pain.

## Follow-up care

Follow up with your healthcare provider, or as advised. If your symptoms don't start to get



better after a week, more tests may be needed.

If X-rays were taken, you will be told of any new findings that may affect your care.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Increased swelling or bruising

- Increased pain

- Losing the ability to put weight on the injured side

© 2000-2019 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.



A contusion is another word for a bruise. It happens when small blood vessels break open and leak blood into the nearby area. A hip contusion can result from a bump, hit, or fall. Symptoms of a contusion often include changes in skin color (bruising), swelling, and pain. It may take several hours for a deep bruise to show up. If the injury is severe, you may



**Worsening of a Mental Condition and/or Suicide Prevention**

Call 911, or go to your local emergency room, or call Department of Mental Health (DMH) Access 1-800-854-7771 (24hours/day), or call Suicide Prevention Center 24 Hour Access Hotline: 1-877-727-4747

**About Your Bill**
LAC+USC Medical Center, as a County Hospital, is required to bill all patients for medical treatment. Our Patient Financial Services is here to help you determine if you may qualify for one of the many programs that may assist you in paying your hospital bill. Within ten days, please contact them at 323-409-6361 between 8:00am and 4:30pm, Monday through Friday. For questions about a bill you have received, call 323-409-6361.

**My Signature Below Indicates:**

1. I have received and understood the oral instructions regarding my current medical problem.

2. I will arrange follow-up care as instructed above.

3. I acknowledge receipt of the written instruction as outlined on this and any previous page(s). 4. I will read and review these instructions.

_____

Patient Signature 10/19/19 13:56:06

_____

Provider Signature



# LAC+USC Medical Center

1200 North State Street, Los Angeles, CA 90033

323-409-1000

Discharge Instructions - Patient

**Name:** LITTLE, MARK **Current Date:** 10/19/19 13:56:06
**DOB:** 11/07/1966 **MRN:** 100274163 **FIN:** 1017996366
**Reason for Visit:** Sexual assault

**Visit Date:** 10/19/19 12:19:00
**Address:** 111 LUCAS AVE APT 404 LOS ANGELES CA 900267147
**Phone:**

We are pleased to have been able to provide you with emergency care. Please review these instructions when you return home in order to better understand your diagnosis and the necessary further treatment and precautions related to your condition.

**IMPORTANT NOTICE:** If you get worse, develop new symptoms, or are not getting better as expected, return to the emergency department or seek other medical care right away. The examination and treatment you have received in our Emergency Department have been rendered on an emergency basis only and will not substitute for definitive and ongoing evaluation and medical care. As part of your ED visit, a follow-up appointment may have been arranged for you. It is essential that you keep any follow-up appointments that are made for you. If you need to reschedule your appointment, please call that clinic directly. Report any new or remaining problems at the time of your follow-up appointment, because it is impossible to recognize and treat all elements of injury or disease in a single Emergency Department visit.

**Discharge Information:**
**Diagnosis**
1:Hip pain

**Follow Up**

**With:**                    **Address:**                    **When:**

Primary care provider

**With:**                    **Address:**                    **When:**

Mark Benor

Date: 10/19/19

 **LAC+USC** MEDICAL CENTER



# VIOLENCE INTERVENTION PROGRAM

## 2010 Zonal Ave. OPD 3P-61

## Los Angeles, CA 90033     (323) 409-5086

## PATIENT AFTERCARE INSTRUCTIONS

**A suspected SEXUAL ASSAULT medical exam with evidence collection WAS COMPLETED TODAY**

### BASELINE LABORATORY TESTS TO BE COMPLETED AT THE MEDICAL MODULE:

✓  HIV
✓  RPR (test for syphilis)
✓  Hepatitis B & C

### RECOMMENDED MEDICATIONS TO BE GIVEN AT THE MEDICAL MODULE

**EMERGENCY CONTRACEPTION:** Plan B

**INFECTION PREVENTION:** Ceftriaxone 250mg IM x1,  Azithromycin 250 mg tablet, take 4 tablets x 1 now (1GM)**, and** nPEP HIV prophylaxis:  Truvada ( Emtricitabine 200mg / Tenofovir 300mg) 1 tab PO Q day x 30 days & Raltegravir 1 400 mg tab PO BID x 30 days

### ADVOCACY / COUNSELING

East Los Angeles Women's Center (323) 526-5819

Peace Over Violence (213) 955-9090

East Los Angeles Rate and Battering Hotline, Confidential 24 hrs. 800-585-6231

Recommended Repeat Laboratory Tests:

✓  6 weeks for HIV, hepatitis B&C, RPR ___11/25/19___
✓  3 months for HIV, hepatitis B&C, RPR ___2/5/20___
✓  6 months for HIV, hepatitis B&C, RPR ___7/2/20___

LITTLE, MARK
MRN: 100274163
DOB: 11/07/1966
DOS: 10/19/2019 14:22
Attn: DeRidder, Catherina A.
FIN: 1017996657

Examiner: _____ RN

Patient Signature: _Mark A. Little_____

10/23

*Your Copy*

## CH-109    Notice of Court Hearing

**(1) Person Seeking Protection**

a. Your Full Name:

Mark A. Little

Your Lawyer *(if you have one for this case)*:

Name: _____ State Bar No.: _____

Firm Name: _____

b. Your Address *(If you have a lawyer, give your lawyer's information. If you do not have a lawyer and want to keep your home address private, you may give a different mailing address instead. You do not have to give telephone, fax, or e-mail.)*

Address: 111 S. Lucas Ave. Apt. 404

City: Los Angeles,    State: CA   Zip: 90026

Telephone: (323) 471-7778   Fax: _____

E-Mail Address: Marklittle1101@Gmail.com

**(2) Person From Whom Protection Is Sought**

Full Name: Mary Wiseman

*The court will complete the rest of this form.*

**(3) Notice of Hearing**

A court hearing is scheduled on the request for restraining orders against the person in **(2)**:

| **Hearing Date** → | Date: 11-15-19 | Time: 8:30 am | Name and address of court if different from above: |
|---|---|---|---|
| | Dept.: 7 | Room: 319 | |

**(4) Temporary Restraining Orders** *(Any orders granted are on form CH-110, served with this notice.)*

a. Temporary Restraining Orders for personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders*, are *(check only one box below)*:

(1) ☐ All **GRANTED** until the court hearing.

(2) ☑ All **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

(3) ☐ Partly **GRANTED** and partly **DENIED** until the court hearing. *(Specify reasons for denial in b, below.)*

---

Clerk stamps date here when form is filed.

**FILED**
Superior Court of California
County of Los Angeles

**OCT 23 2019**

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy
Mardessa Rudolph

Fill in court name and street address:

**Superior Court of California, County of**

Los Angeles Superior Court
Central District, Family Law
111 N. Hill Street, Room 426
Los Angeles, CA 90012

Court fills in case number when form is filed.

**Case Number:**

**19STRO07382**

---

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

Case Number:

b. Reasons for denial of some or all of those personal conduct and stay-away orders as requested in form CH-100, *Request for Civil Harassment Restraining Orders,* are:

    (1) ☐ The facts as stated in form CH-100 do not sufficiently show acts of violence, threats of violence, or a course of conduct that seriously alarmed, annoyed, or harassed the person in ① and caused substantial emotional distress.

    (2) ☑ Other *(specify):* ☐ As set forth on Attachment 4b.

*ALLEGATIONS/EVIDENCE INSUFFICIENT FOR EMERGENCY ORDERS WITHOUT HEARING*

⑤ **Confidential Information Regarding Minor**

a. ☐ A *Request to Keep Minor's Information Confidential* (form CH-160) was made and **GRANTED**. *(See form CH-165, Order on Request to Keep Minor's Information Confidential, served with this form.)*

b. **If the request was granted, the information described in item ⑧ on the order (form CH-165) must be kept CONFIDENTIAL. The disclosure or misuse of the information is punishable as contempt of court, with a fine of up to $1000 or possible sanctions.**

⑥ **Service of Documents for the Person in ①**

**At least** ☑ **five** ☐ _____ **days before the hearing, someone age 18 or older—not you or anyone to be protected—must personally give (serve) a court's file-stamped copy of this form CH-109 to the person in ②** along with a copy of all the forms indicated below:

a. CH-100, *Request for Civil Harassment Restraining Orders* (file-stamped)

b. ☐ CH-110, *Temporary Restraining Order* (file-stamped) **IF GRANTED**

c. CH-120, *Response to Request for Civil Harassment Restraining Orders* (blank form)

d. CH-120-INFO, *How Can I Respond to a Request for Civil Harassment Restraining Orders?*

e. CH-250, *Proof of Service of Response by Mail* (blank form)

f. ☐ CH-170, *Notice of Order Protecting Information of Minor* and CH-165, *Order on Request to Keep Minor's Information Confidential* (file-stamped) **IF GRANTED**

g. ☐ Other *(specify):* _____

Date: OCT 2 3 2019 _____

▶ *Judicial Officer*   ALEXANDER C. D. GIZA

**Notice of Court Hearing**
**(Civil Harassment Prevention)**

→

| Case Number: |
|---|
|  |

## To the Person in ①:

- The court cannot make the restraining orders after the court hearing unless the person in ② has been personally given (served) a copy of your request and any temporary orders. To show that the person in ② has been served, the person who served the forms must fill out a proof of service form. Form CH-200, *Proof of Personal Service,* may be used.

- For information about service, read form CH-200-INFO, *What Is "Proof of Personal Service"?*

- If you are unable to serve the person in ② in time, you may ask for more time to serve the documents. Use form CH-115, *Request to Continue Court Hearing and to Reissue Temporary Restraining Order.*

## To the Person in ②:

- If you want to respond to the request for orders in writing, file form CH-120, *Response to Request for Civil Harassment Restraining Orders,* and have someone age 18 or older—**not you or anyone to be protected**—mail it to the person in ①.

- The person who mailed the form must fill out a proof of service form. Form CH-250, *Proof of Service of Response by Mail,* may be used. File the completed form with the court before the hearing and bring a copy with you to the court hearing.

- Whether or not you respond in writing, go to the hearing if you want the judge to hear from you before making an order. You may tell the judge why you agree or disagree with the orders requested.

- You may bring witnesses and other evidence.

- At the hearing, the judge may make restraining orders against you that could last up to five years and may order you to turn in to law enforcement, or sell to or store with a licensed gun dealer, any firearms that you own or possess.

 **Request for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the  clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons with Disabilities and Response* (form MC-410). (Civ. Code, § 54.8.)

*(Clerk will fill out this part.)*

### —Clerk's Certificate—

I certify that this *Notice of Court Hearing* is a true and correct copy of the original on file in the court.

*Clerk's Certificate*
*[seal]*

Date: OCT 2 3 2019

Clerk, by _____ , Deputy

11/09

Pen. Code 832.5 Citizen Complaint

1 To: LAPD Internal Affairs Division
2 From: Mark A. Little 111³ Lucas Ave. Apt. 404 LA CA 90026
3 Re.: LAPD Rampart Police Misconduct
4 Date: 11/11/19
5 CC: Mark A. Little
6
7 To Whom this may Concern:
8 Hello, my name is Mark A. Little. On 10/19/19 I
9 called the police due to being raped in the Night.
10      After I left the Hospital, regarding the
11 Hip Pain, I was taken to the Rape Unit.
12      At the End of the Exam, the Police
13 took the DNA results with them. They did not
14 give me a Police Report.
15
16   ,  The Police is interfering with my Due Process
17 & Equal Protection besides 8th Amendment Cruel
18 & Unusual Punishment  4ᵗʰ, 14ᵗʰ, 8ᵗʰ. They are
19 permitting me to be Sodomized knowing these
20 people are forcing my will through Hypnoses
21      Declaration:
22           I, Mark A. Little Declare under Pen-
23 alty of perjury according to the Laws of the State of
24 CA. that the Contents of this citizen Complaint are
25 true and Correct by signing, I Do Declare
26           Mark A. Little
27           Mark A. Little
28           11/09/19

11/11/19

Pge. 1 ( P.C. 832.5)                    1 of 5

1  TO:
2  From: Mark A. Little 111 S. Lucas Ave. Apt. 404, LA. CA. 90026
3  Re.: Citizen Complaint Regarding Sex Ring at Mosaic, G. Apt's.
4  Date: 11/11/19
5  CC.: Mark A. Little
6
7          To whom this may concern; hello, my
8  name is Mark A. Little. I am in need of your
9  help I need your help because I am a rape
10 victem. I have been gang raped much since
11 I moved in 04/2019. I had made several
12 complaints under Penalty of Perjury.
13
14         On Monday 10/28/2019, I spoke with
15 the Assistant Manager. I verbally complained
16 about a resident Named Larry, [the woman
17 next door, the woman beneath me, and others
18 on this side of the Building]; who are operating
19 an illegal pornogriphy Ring here at the Mosaic
20 Garden Apartments - At Westlake.
21
22         I complained to the Manager Mary Wiseman
23 regarding the break-ins. in the night. I inform-
24 ed to her, I have Sound recordings, Video's,
25 pictures, etc; Sound → of them breaking into my
26 apartment and conversating amongy hem -
27 selves before brutally gang raping me. Now I
28 pleaded with the Manager, asking her if I could

Pge.2 (P.C.832.5)                                    2 of 5

1  have a lock placed on my door /a slide key
2  Chain lock. The Manager told me No., the lock is a
3  fine hazard. The Manager then asked me why would
4  God let his preachers be gang raped? I left she
5  slapped me in the face with her cruel words.
6
7      The Manager told me She Could Change
8  my lock for $98.00, or I could have the Tumbler
9  Changed for $27.00. I paid the $27.00. The Manager
10 Charged me $98.00 for a tumbler in reprisal for
11 Complaining about this sex ring here. This was done
12 in reprisal.
13
14     On Wednesday 10/30/2019, I asked the
15 assistant Manager about the printed copy of
16 my complaint of the 28th of Oct. 2019. The Assistant
17 Manager told me She forewarded my complaint
18 was forewarded to the Manager for further review
19
20     On Thursday 10/31/2019 I spoke to the
21 Manager about the written notice. The Manager
22 began to be Combative with /against me. The
23 Manager asked me "If you spoke to the Assistant
24 Manager about this issue, why are you bring-
25 ing it up to me?" I responded the Assistant
26 Manager told me to See you. The Manager
27 was Very Offensive. She's the head of this
28 illegal Porn industry here at the (M.G.A).

Pge 3 (P.C. 832.5)                    3 of 5

1   On Friday 11/01/2019, I had encountered
2  an indian maintenance man. I heard the
3  same / very similar India voice on my Sound
4  Recorder. We argued. He called the police. I told
5  him he was going to prison.
6
7        On Tuesday 11/05/2019, I reported
8  an incident I had outside my door meeting
9  2 young india boys, I did laundry. There was
10  an hour of lost time. I believe I was taxed
11  by one of these indian boys. Other rapest
12  put me back into my Apt. where I was
13  brutally raped.
14
15        On Wednesday 11/06/2019, I looked
16  for my Postal Money Order $475.00 (Purposed to cover
17  rent, Uber & 2 food Baskets The rest was to help
18  out with house hold needs). This Money order was
19  Missing. I went to C3, seeking help. I told this
20  guy Case Manager about the missing money
21  Order. He told me to speak to the Manager.
22  Upon coming in, I noticed a notice to move
23  on my Door. The Manager seems to be crafty
24
25        On Thursday 11/07/2019, I spoke to the
26  Manager about this issue The Manager ignored
27  me, as if to provoke me. I spoke to the People for
28  Concern Program Manager about these crimes.

Pge.4 (P.C. 832.5)                              4 of 5

1          As I look back upon previous
2 Complaints here, you can see why I feel
3 Mary Wiseman is the head of the illegal Sex
4 Slavery Ring here at the Mosaic Garden
5 Apt's at Westlake.

6

7          For the above reasons, I say, I am
8 in Need of your help. Furthermore; I am due
9 to take Mary Wiseman to court regarding
10 previous incidents within my complaints that
11 lead up to the Manifestation of the gross
12 pride of those who hate Me without a cause.

13

14          Please review the exhibits of Declara-
15 tions I had submitted to the Mosaic Garden
16 Apartments at West Lake. They are Documented
17 according to date:

18

19          Furthermore, On 11/09/19, I came in from
20 Seeking food Down Town. There was an indian boy
21 @ 6' tall, @ 150 LBS and had black hair @ 3"
22 in length. He was spun real bad on Meth. He kept
23 on Staring at me and Walking @ me and my bike
24 I asked him if he sought to hurt me. I said if he
25 did, I was going to hurt him back. He went in the
26 lobby & pulled the Alarm. This Was done to provoke
27 me seeing the Alarm Shuts the elevator Down.
28 The lady security Guard was there. She asked others

Pge 5 (P.C. 832.5)                    5 of 5

1  which one of us pulled the fire alarm. The
2  Guard told the kid to go to his father. I went
3  up to my apartment. The Indian guy #17-23,
4  Came up stairs. The Dred Lock Rapest from the
5  3rd floor was with him. The Indian Guy said,
6  "I'm gona shoot that mother fucker" The Dread
7  lock guy said "you don't want to do that man,
8  you see how we've been raping him." leave
9  him alone. He's got a million Dollar ass. Just fuck
10 the shit out of him when you get mad at him!" The
11 2 voices left my door way.

12

13              I woke up early this morning. The
14 Terrorest's were pissing through my Blue Tooth/
15 TV settings. I began to mention Mary Wiseman's
16 name. It begain to talk about her. The hissing
17 stopped. Now, I know Mary Wiseman is at the head
18 of this Pornography thing here. I know her Mainten-
19 ance staff work with her. I will soon encourage
20 them to snitch on one another. Starting with the
21 kids - Parents - Adults ... then back to the kids,
22 Adults "Then" Parents. Once A few stories are
23 intentionaly mixed up & they get time alone to
24 think ... Father we pro pose a deal they can't
25 refuse ... watch the truth come out from
26 the smallest to the Oldest. Keep them Seperate
27 and watch the horror stories surface.
28 END Acknowledgement:

*LA Times*

MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* Apt. 404 | FOR COURT USE ONLY |
|---|---|
| *Mark A. Little 111 S. Lucas Ave. LA, CA. 90026* | |

TELEPHONE NO: *(323) 471-7778*   FAX NO. *(Optional):*

-MAIL ADDRESS *(Optional):* *marklittle 1107 @ Gmail. com*

ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: *111 N. Hill St.*

MAILING ADDRESS:

CITY AND ZIP CODE: *Los Angeles, CA. 90012*

BRANCH NAME:

PLAINTIFF/PETITIONER: *Mark A. Little*

DEFENDANT/RESPONDENT: *Mary Wiseman*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

NOV 1 2 2019

Sherri R. Carter, Executive Officer/Clerk
By: Dotty Ward, Deputy

**DECLARATION**

| CASE NUMBER: |
|---|
| *19 ST RO 0738 2* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: *11/12/19*

*Mark A. Little*
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other *(Specify):*

**INVESTIGATIVE REPORT**

Page ___ of ___    03.01.00 (03/18)    REPORT OF:    CC: ___    MULTIPLE DRS ON THIS REPORT

| CASE SCREENING FACTOR(S) | REPORT OF: SODOMY | INVEST DIV. CENT | INC # FD1111700382 | DR # |
|---|---|---|---|---|

**CASE SCREENING FACTOR(S)**
- [X] SUSPECT/VEHICLE NOT SEEN
- [X] PRINTS OR OTHER EVIDENCE NOT PRESENT
- [ ] MO NOT DISTINCT
- [X] PROPERTY LOSS LESS THAN $5,000
- [X] NO SERIOUS INJURY TO VICTIM
- [X] ONLY ONE VICTIM INVOLVED

**VICTIM**

LAST NAME, FIRST, MIDDLE (OR NAME OF BUSINESS)   SEX   DESC   HT   WT   AGE   DOB

ADDRESS   ZIP   PHONE   X
R -
B -

E-MAIL ADDRESS   N   CELL PHONE

**PREMISES** (SPECIFIC TYPE)   [ ] ATM
PUBLIC SIDEWALK

DR. LIC. NO. (IF NONE, OTHER ID & NO.)   FOREIGN LANGUAGE SPOKEN   OCCUPATION

**ENTRY** 459/BFV POINT OF ENTRY   POINT OF EXIT   LOCATION OF OCCURRENCE   SAME AS V'S   [ ] RES.   [ ] BUS.   R.D. 0156   PRINTS BY PREL. INV.
- [ ] FRONT
- [ ] REAR
- [ ] SIDE
- [ ] ROOF
- [ ] FLOOR
- [ ] OTHER

METHOD   DATE & TIME OF OCCURRENCE   11-14-19   1400   DATE & TIME REPORTED TO PD   11-18-19   2015

INSTRUMENT/TOOL USED   TYPE PROPERTY STOLEN/LOST/DAMAGED   03.04.00 GIVEN   STOLEN/LOST $ —   RECOVERED $ —   EST. DAMAGED ARSON / VAND. $ —

**VICT'S VEH.** (IF INVOLVED) YEAR, MAKE, TYPE, COLOR, LIC. NO.   NOTIFICATION(S) (PERSON & DIVISION)   CONNECTED REPORT(S) (TYPE & DR #)

**MO** IF LONG FORM, LIST UNIQUE ACTIONS. IF SHORT FORM, DESCRIBE SUSPECT'S ACTIONS IN BRIEF PHRASES, INCLUDING WEAPON USED. DO NOT REPEAT ABOVE INFO BUT CLARIFY REPORT AS NECESSARY. IF ANY OF THE MISSING ITEMS ARE POTENTIALLY IDENTIFIABLE, ITEMIZE AND DESCRIBE ALL ITEMS MISSING IN THIS INCIDENT IN THE NARRATIVE.

VICT FELT A PAIN IN HIS ANUS & BELIEVED UNK SUSP(X) HAS SODOMIZED HIM. VICT HAD NO FURTHER INFO ON SUSP(X) OR METHOD.

| TRANSIT-RELATED INCIDENT | MANDATORY MARSY'S RIGHTS CARD PROVIDED TO THE VICTIM [X] | MOTIVATED BY HATRED/PREJUDICE | DOMESTIC VIOLENCE |
|---|---|---|---|

**REPORTING EMPLOYEE(S)**

INITIALS, LAST NAME   SERIAL NO.   DIV./DETAIL   PERSON REPORTING   SIGNATURE   OR RECEIVED BY PHONE
M. GOMEZ   ___   02   CONFIDENTIAL
P. WILLIAMS   40033   2175

NOTE: IF SHORT FORM AND VICTIM/PR ARE NOT THE SAME, ENTER PR INFORMATION IN INVOLVED PERSONS SECTION.

## THIS REPORT DOES NOT CONSTITUTE VALID IDENTIFICATION
**KEEP THIS REPORT FOR REFERENCE. INSTRUCCIONES EN ESPAÑOL AL REVERSO.**

*Your case will be assigned to a detective for follow-up investigation based upon specific facts obtained during the initial investigation. Studies have shown that the presence of these facts can predict whether a detailed follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property, in a manner that is cost-effective to you, the taxpayer. Significant decreases in personnel have made it impossible for detectives to personally discuss each and every case with all crime victims. A detective will not routinely contact you, unless the detective requires additional information.*

**TO REPORT ADDITIONAL INFORMATION:** If you have specific facts to provide which might assist in the investigation of your case, please contact the detective Monday through Friday, between 8:00 A.M. and 9:30 A.M., or between 2:30 P.M. and 4:00 P.M. at telephone number _____. If the detective is not available when you call, please leave a message and include the telephone number where you can be reached.

**COPY OF REPORT:** If you wish to purchase a copy of the complete report, phone (213) 486-8130 to obtain the purchase price. Send a check or money order payable to the Los Angeles Police Department to Records and Identification Division, Box 30158, Los Angeles, CA 90030. Include a copy of this report or the following information with your request: 1) Name and address of victims; 2) Type of report and DR number (if listed above); 3) Date and location of occurrence. NOTE: Requests not accompanied by proper payment will not be processed.

**DR NUMBER:** If not entered on this form, the DR number may be obtained by writing to Records and Identification Division and giving the information needed to obtain a copy of the report (see above paragraph). Specify that you only want the DR number. It will be forwarded without delay. There is no charge for this service.

**CREDIT CARDS/CHECKS:** Immediately notify concerned credit corporation or banks to avoid possibility of being liable for someone else using your stolen or lost credit card or check.

**HOW YOU CAN HELP THE INVESTIGATION OF YOUR CASE:**
* Keep this memo for reference.
* If stolen items have serial numbers not available at time of report, attempt to locate them and phone them to the detective at the listed number.
* If you discover additional losses, complete and mail in the Supplemental Property Loss form given to you by the reporting employee.
* Promptly report recovery of property.
* Promptly report additional information such as a neighbor informing you of suspicious activity at time crime occurred.

**VICTIM ASSISTANCE PROGRAM:** The Los Angeles City Attorney's Victim Assistance Program and Los Angeles District Attorney's Office Bureau of Victim Services can help determine if you qualify for victim compensation. If you are a victim of a qualifying crime, they will assist with filing your claim application. If you are a victim or a witness to a crime and will be going to court, they will explain the court procedures to you. To find the program location nearest you, call the Los Angeles City Attorney's Victim Assistance Program at (213) 978-4537, or the Los Angeles County District Attorney's Office, Bureau of Victim Services, at (800) 380-3811.

**CALIFORNIA VICTIM COMPENSATION BOARD:** Refer to paragraph at bottom of reverse side.

11/14/19
1 page

DEPARTAMENTO DE POLICÍA
DE LOS ANGELES

## MEMORANDUM DE REPORTE PARA VICTIMAS

*Su caso será asignado a un detective para continuar la investigación basandose en factores especificos obtenidos durante la investigación inicial. Estudios han demonstrado que la presencia de estos factores pueden predecir si una investigación datallada podria resultar en el arresto y prosecución del responsable o la recuperación de la propiedad, de una manera que es menos costosa para ud, el contribuyente. Disminuciones significantes de personal han hecho imposible a los detectives discutir personalmente cada caso con todas las victimas de crimenes. El detective no lo contactara rutinariamente a menos que requiera información adicional.*

**PARA REPORTAR INFORMACIÓN ADICIONAL:** Si tiene datos especificos que proveer que puedieran asistir en la investigación de su caso, favor de comunicárse con el detective de Lunes a Viernes, entre las 8:00 y 9:30 de la mañana o entre las 2:30 y 4:00 de la tarde al teléfono _____ . Si el detective no se encuentra disponible cuando usted llame, favor de dejar un mensaje incluyendo un número de teléfono dónde se pueda comunicar con usted.

**COPIA DE REPORTE:** Si deséa comprar una copia del reporte completo, llame al (213) 486-8133 para obtener el precio actual. Remita un cheque o giro postal a Los Angeles Police Department Records and Identification Division, Box 30158, Los Angeles, California 90030. Incluya con su petición una copia de este reporte o la siguiente información: 1) Nombre y domicilio de la victima(s); 2) Tipo de reporte, y numero de DR, (si está listado en esta forma); 3) Fecha y lugar de los hechos. NOTA: Peticiones no adjuntas al pago apropiado no serán procesadas.

**NUMERO DR:** Si no aparece en esta forma, el número DR se puede obtener escribiendo a Records and Identification Division dándoles la información necesaria para obtener una copia del reporte (vea el párrafo anterior). Especifique que usted quiere el número DR. Será mandado sín tardanzas. No hay cargos por este servicio.

**TARJETA DE CREDITO/CHEQUES:** Notifique ímediatamente a su compañía de crédito o banco para evitar la posibilidad de hacerse sujeto a que alguien use sus cheques o tarjeta perdida o robada.

**¿CÓMO PUEDE AYUDAR EN LA INVESTIGACIÓN DE SU CASO?**

- Mantenga este memorándum como referencia.
- Si los bienes robados tienen número de serie, y no los tenía al llenar el reporte trate de localizarlos y llame al detective al número listado.
- Si descrube perdidas adicionales, llene y mande la forma Supplemental Property Loss proveida por el empleado tomando el reporte.
- Reporte la recuperación de bienes de inmediato.
- Reporte detalles adicional de inmediato tal como un vecino informándole de actividad sospechosa en el tiempo en que occurió el delito.

**PROGRAMA DE ASISTENCIA A VICTIMAS: El programa de asistencia a víctimas de la ciudad y del condado de Los Angeles puede ayudar a determinar si usted califica para una compensación como víctima de un crimen violento. Si usted califica, le ayudarán a llenar su reclamo. Si usted es víctima de un crimen y estará asistiendo a corte, ellos le explicaran el procedimiento de la corte.**

Para encontrar la oficina más cercana a usted, llame la oficina del Procurador de la Ciudad de Los Angeles (213) 978-4537 o visite su sitio web www.helplacrimevictims.org o a la oficina del Fiscal del Condado de Los Angeles (800) 380-3811.

**COMPENSACIÓN PARA VÍCTIMAS DE CRIMENES VIOLENTOS:** Si usted ha sido víctima de un crimen violento usted puede calificar para un reembolso por gastos médicos, gastos de salud mental, reubicación, perdidas de sueldo o apoyo económico, rehabilitación o reentrenamiento vocacional. Si la herida o la muerte resultó a causa de un accidente de carro, usted o su afectado también puede calificar si el chofer culpable fue sometido a uno de los siguientes cargos: conducir bajo la influencia del alcohol o drogas; chocar y huir; usar el vehículo como arma, o huyendo del sitio de un delito violento.

Si usted pago los gastos de un entierro/funeral de una víctima de un delito violento, puede ser reembolsado hasta $7,500 por los gastos. El Estado no reembolsará por daños o ni perdidas de propiedad. La ley [Sección 13959(a-c) y las subsiguientes secciones del Código Gubernamental] requiere que reporte el crimen y que coopere con la ley para recibir el reembolso. Usted tiene tres años, a partir de la fecha del delito, para hacer su reclamo (este límite se puede extender si hay una causa que lo justifique).

Para recibir asistencia de Compensacíon para Victimas se puede comunicar con las siguientes: La Oficina del Procurador de la Ciudad de Los Angeles (213) 978-4537 or visite su sitio web www.helplacrimevicitims.org or la oficina del Fiscal del Condado de Los Angeles (800) 380-3811.

**CALIFORNIA VICTIM COMPENSATION BOARD:** If you are a victim of a violent crime and are injured as a result of the crime, you may be eligible for reimbursement for medical expenses, mental health expenses, relocation, loss of wages, support loss, or job rehabilitation. If injury or death was the result of an auto accident, you and surviving victims may also qualify if the driver at fault was charged with one of the following: driving under the influence of alcohol or drugs; hit and run; using the vehicle as a weapon; or fleeing the scene of a violent crime.

If you paid the funeral/burial expenses for someone who was a victim of a violent crime, you may be eligible for reimbursement for up to $7,500 for funeral/burial expenses. Property loss or damage will not be repaid by the State. The law [California Government Code Section 13959 (a-c)] requires that a victim report the crime, and must cooperate with law enforcement in order to be found eligible for reimbursement. You have three years from the date of the crime to file a claim (may be extended for good cause).

To receive assistance with the Victim Compensation application, you may call one of these agencies: Los Angeles City Attorney Victim Assistance Program (213) 978-4537 or visit their website at: www.helplacrimevictims.org, or Los Angeles District Attorney's Office, Bureau of Victim Services (800) 380-3811.

### GUARDE ESTE MEMORANDUM PARA REFERENCIA

www.LAPDOnline.org

www.joinLAPD.com



MC-025, Attachment 3/ Page 5 of 10

Citizen Complaint under Penal Code 832.5   Pge. 1 of 6

1  TO: Kimball, Tirey & St. John LLP
2  From: Mark A. Little 111 S. Lucas Ave. Apt. 404, LA. CA. 90026
3  Re.: Sexual Battery on Disabled Person While asleep
4  Date: 11/11/19 / 11/17/19
5  CC.: M. Little
6
7  To whom this may concern:
8        Hello, my name is Mark A. Little. I am in need
9  of your help. I am in need of your help because I
10  have been repeatedly gang rayed in my Apartment
11  Unit while asleep in the night.
12
13        On Monday 10/28/19, I spoke to the Assistant
14  Manager Concerning a verbal Complaint I had made
15  (with her) Concerning A resident Named Larry who
16  Continues to threaten me by knocking on my door or
17  turning the knob to see if I left my unit door open.
18  I believe he does this because they know when I am
19  home, I keep nails in the floor to keep the door locked.
20  They have spare keys to my unit.
21
22        They've been making Rape video's, putting
23  them on line and Google pays them over a thousand
24  Dollars. per order once the video's reaches a certain
25  Number of hits. The money is sent, no questions asked.
26
27        Concerning these rape experiences, I have video's
28  I down loaded off the Internet. I've found that the

Pge. 2  C. comp. Cont.

1  Southern California Urban Milicia Corp. forced my will
2  through Hypnoses. This was done through a Sex Slavery
3  Contract. The Los Angeles County Dept. of Mental
4  Health had deemed me a Sex Slave and used
5  Milicia to force my will, seemingly in the name of
6  Behavioral Science Research called "The Affects
7  of Male Rape on The Psychological Functions. I am
8  a preacher of the Gospel of Jesus Christ. The
9  Dept. of Mental Health tried to kill me in the name
10 of research. What I am experiencing here at the
11 Mosaic Garden Apartments at West Lake, is an exten-
12 tion of this Criminal Conspiricy against my life.
13 My God tells me, " A people without a vision shall
14 perish. I have Vision. I do not want to die.
15 Why has the Dept. of Mental Health trying to kill me
16 Since @ 03/2015. For this Cause, I am in
17 need of your help.

18
19            Now, Concerning this delima, I had
20 Spoken to the 2 property Manager's regarding,
21 the rapes here Since 04/23/19 Move in date. Mary
22 Wiseman is the Current Manager. I had previously
23 asked Mrs. Wiseman if I could have locks placed
24 on my door to protect me while I sleep. She told
25 me "No", it's a fire hazard. She then asked
26 me, "Why would God let his preachers get gang
27 raped"? The Assistant Manager Noted my Complaint.
28 I asked her if I could receive a copy thereof. The

Pge. 3. C. comp. cont.

1  Assistant Manager told me to give her some time
2  to prepare it. I returned to the Assistant Manager
3  10/30/19. The Assistant Manager told me, She
4  had forwarded my issue to Mary Wiseman, the
5  Property Manager. Furthermore, She told me I could get
6  a written copy from the Manager.
7
8       On Thursday 10/31/19, I spoke to the
9  Manager about my complaint. Mary Wiseman asked
10  me why was I speaking to her about this issue.
11  I explained to her, my initial request to the assistant
12  Manager. The Manager then repeated her question.
13  At this time, I reallized She was attempting to
14  Start an arguement with me. I told her I did not
15  come to argue, I need to keep these rape & break
16  ins documented. The Manager, then told me I had
17  to put the complaint in writting.
18
19       On Friday, 11/01/19, I encountered the
20  Male Voice On my Sound Recorder. I told the
21  indian Maintenance man not to speak to me.
22  He insisted on provoking me. We argued. I told
23  him he was going to prison for rape. He went to
24  the guard desk & called the Manager. He then said
25  he was calling the Police. I repeated "your going
26  to prison - Rapest -.
27
28       On Tuesday 11/05/19, I bought a $475.00

Pge. 4 C. Complaint  Cont.

1  -Money Order to cover my Rent, $268., Uber @ $30.⁰⁰ R/T
2  Food $40.⁰⁰ The rest would be used to purchase
3  House Hold items. / Money Making Investments.
4
5         On 11/06/19, I looked for the Money Order.
6  It was not where I had placed it. I went to C-3
7  People for Concern on Maple & 6th. I reported the in-
8  cident to the Case Worker there. He told me to report
9  the incident to the Manager Seeing they are already
10 aware due to their direct Involvement. Upon return-
11 ing home, there was a notice in my door to pay up or
12 quit. This was Mary Wiseman's doing. Now, concern-
13 ing this notice, I attempted to speak to the
14 Manager about the burglery 11/07/19. She ignored me.
15
16      Burglery-Rape
       This took place tuesday 5th Night, I did laundry
17 & 2 little Indian boys, played @ my door, I think
18 One was in my Apt. because he came from behind
19 me. I believe I was tazed, plunged back into
20 my Apt. & Raped. I say this because I have
21 a 1 Hour loss of time! It doesn't take 1 Hr. to
22 put 4 Loads in. I believe this is where they
23 stole the $175. Postal Money Order. It was blank. See-
24 ing M. Wiseman ignored me, I spoke to _____
25 People for Concern Property Manager. She told me
26 She would see how she can help.
27
28        On Saturday 11/09/19, I came in from

Pg. 5 C. Comp. Cont.

1 seeking food Down Town. There was an indian
2 guy @ 6'0" 180 LBS 3" Blk-hair. He was Spun
3 on Meth real bad. He kept on circling my Bike
4 I asked him if he was going to harm me. I
5 stated, if you do, I'm gonna harm you back.
6 He went inside & pulled the Fire Alarm. The female
7 guard asked ~~the Someone~~ which one did it. ~~as~~
8 it to antagonize me because she watched him
9 pull the Fire Alarm. He did this to hender me from
10 going back to my Apt. It Could have been a sign for
11 his associates who place wireless Camera's @ my
12 unit. This is how my money was stolen.
13            As I returned to my Unit, I over-
14 heard the indian Guy tell the black guy with
15 the Dred locks -- who oppresses me with the
16 woman in unit 304. ~~He was~~ The indian Guy
17 said he was going to shoot me. The Black
18 rapest said, you don't want to do that, you
19 see how we've been gang raping his ass,
20 let him say what he wants, shit we getting paid
21 The Fagot Indian said, your right. Then they
22 left My door way.
23
24        They will answer for this Terrorism.
25 I, Mark A Little Declare under penalty of perjury
26 According to the laws of the State of CA. that the
27 contents of this Citizen Complaint is true & Correct. By
28 signing, I do declare.

Pge. 6 of 6  c. complaint, cont.

1  Signiture Cont.:
2  Mark A. Little
3  Mark A. Little
4
5          copies of this Letter are being sent to ......
6
7  The U.S. Dept. of Housing & Urban Developement
8          Fair Housing Complaint
9
10  **Please NOTE:** Extended Declaration, Statement :
11          The Manager is attempting to have me
12  put out of this Apartment Building that they may
13  Cover up regarding the Crimes forced upon me by
14  Management, employees and residents / those
15  whom paid the pimps through Stalking Service
16  or pay.
17          The people Concern is responsible for those
18  human Rights Violations. I am prepared to prove
19  this in the U.S. District Court. They've been drugging
20  my food. The Diagnoses they pin on me will be proven
21  Fraudulent.
22          , I ask you to order them to Stop terroriz-
23  ing me & raping me. I am coming up on my
24  Section 8 Voucher. It is true, they've been
25  attempting to stop me from making this date. I ask
26  again, Keep them out of my Apartment until I
27  get my Voucher on April 2020. Thank you.
28          Mark A. Little  11/117/19
           Mark A. Little
              (over)

Please Note:

1 On 11/14/19, I went to the rape Unit/with
2 Police Escort. I am doing this because
3 I was gang Raped Down Town, LA. This
4 took place On Tuesday, Wednesday, Thursday.
5 Hoe

6          I had been troubled by the theft of
7 my money Order. Then the 3 day Eviction Notice, Then
8 the Summons --- Then I had to go to the
9 Housing Athority Dec. 8 Apt. Then On Friday,
10 I had to go to Court- T/o against Mrs.
11 Wiseman. It was not approved. However, the
12 truth Came forth and lies under oath Surfaced.
13 This Case is almost Ready for the Fed. Court.
14

15          Please help me to Stop the Domestic
16 Terrorism and the Rapes on your property.
17 However, under the Current Circumstances
18 and the revealing of my adversaries ob-
19 jectives, You will Not hear of Emotional
20 Outbursts due to my trauma tizing delima.
21 I only Seek to get my April 23Rd Voucher
22 to move from Here.
23

24          Until then please inform Management
25 to do what they can to Stop the Domestic Ter-
26 rorism and the Brutal Rapes on your
27 property. Thank you
28          Mark A Little   11/17/19

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA**<br>**COUNTY OF LOS ANGELES**<br><br>COURTHOUSE ADDRESS:<br><br>PLAINTIFF:<br><br>DEFENDANT:<br><br>**UNLAWFUL DETAINER STIPULATION AND JUDGMENT** | Reserved for Clerk's File Stamp<br><br>**CONFORMED COPY**<br>**ORIGINAL FILED**<br>Superior Court of California<br>County of Los Angeles<br><br>**DEC 2 3 2019**<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By:  E. Reyes, Deputy<br>CASE NUMBER:                           DEPT./DIV. |

THE PARTIES STIPULATE (AGREE) AS FOLLOWS:

1.  Judgment shall be entered in favor of plaintiff as named in the complaint and against the following defendants:
    *(Identify and name defendants exactly as judgment is to be entered. Do not abbreviate or use "etc." or et al.")*

2.  Judgment shall be entered for:

    Past Due Rent        $_____        ☐ Defendant(s) rights under lease or rental agreement are forfeited

    Holdover Damages     $_____

    Attorney fees        $_____        ☐ Plaintiff is awarded possession of the premises located at

    Costs                $_____        (including apartment number, if applicable): _____

    TOTAL                $_____
                         ==============

3.  Defendant(s) security deposit, if any:

    ☑ shall be returned or accounted for by plaintiff within 21 days after defendant(s) vacate the premises (Civ. Code, § 1950.5).

    ☐ shall be retained by the plaintiff and defendant(s) waive(s) any claim to its return.

4.  Judgment shall be entered:

    ☐ now

    ☐ now and stay enforcement of judgment as follows: a writ of possession may be issued forthwith, but no final lockout prior to

    _____
              (date)

    ☐ only upon default by defendant(s) in the performance of any of the obligations required by this stipulation.

5.  ☐ Defendant(s) agree(s) to vacate the subject premises by _____, removing all personal property and persons
       covered by this stipulation.

## ATTACHMENT 1

1.  The court record will be sealed, but shall unseal if Defendant(s) fail to comply with all terms.  All terms are material and time is of the essence.

2.  Defendant(s) agree to remove all personal property.  Any personal property remaining in the premises after possession has been returned to Plaintiff is deemed abandoned and may be disposed of without further notice.

3.  Defendant(s) agrees not to file any motions to stay the lockout or otherwise delay execution of the writ of possession. Any such motion, request for a stay, or application shall be denied.

4.  Defendant(s) represents that no adult(s) has any claim of right to possession of the premises, except for those expressly named in Plaintiff's Complaint.

5.  Defendant(s) shall return possession of the premises in broom clean. Defendant(s) further agree to not cause any intentional or malicious damages to the property, excluding any normal wear & tear.

6.  All keys and remotes (if applicable) must be returned no later than 5:00 p.m. on the agreed upon vacate date to:
    ____X____ the property on-site office; OR
    _____ the following address _____

7.  Nothing herein precludes Plaintiff from pursuing collections for the monetary balance owed.


P Initial _MW_                         D(s) Initials _ML____  _____

_____

Case No. _____

6. Plaintiff and defendant(s) further stipulate as follows: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

7. ☐ Defendant(s) agree(s) to pay the amount set forth in Paragraph 2 on the schedule set forth below.  In the event of default in payment, a writ of execution may be issued for the remaining balance on the judgment creditor's verified application, without further notice or hearing.

_____

_____

8. ☒ **WAIVER OF RIGHTS:** We, the undersigned defendants, understand that we have the following rights: (a) to be represented by an attorney of our own choice, at our own expense; and (b) to notice and an opportunity to be heard on the issue of any default in payment of installments, or on any other alleged violation of conditions staying the enforcement of the judgment.  We give up these rights and freely agree that judgment may be entered against us in accordance with this stipulation.

9. ☐ _____ acknowledge(s) receiving assistance from a
            (name[s])
_____ language interpreter in the preparation and execution of this stipulation.

Date: _____     _____      ► _____
                              (TYPE OR PRINT NAME)                (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____     _____      ► _____
                              (TYPE OR PRINT NAME)                (SIGNATURE OF DEFENDANT OR ATTORNEY)

Date: _____     _____      ► _____
                              (TYPE OR PRINT NAME)                (SIGNATURE OF DEFENDANT OR ATTORNEY)

Date: _____     _____      ► _____
                              (TYPE OR PRINT NAME)                (SIGNATURE OF DEFENDANT OR ATTORNEY)

☒ The Court hereby orders the above named parties to comply with the terms of the stipulation, and the clerk is directed to enter this stipulation as judgment.

☐ Proof having been made to the satisfaction of the court, Plaintiff is also granted judgment as to all unnamed tenants. (Code Civ. Proc., § 415.46.)

☐ The above named parties agree to abide by the terms of the stipulation which is approved by the court.  The case is calendared for dismissal or entry of judgment on _____ at _____ in Department _____.

**DEC 2 3 2019**
_____
         DATED

_____
       JUDICIAL OFFICER
    **THOMAS D. LONG**

LACIV 136 (Rev. 01/07)
LASC Approved 09-05

**DISTRIBUTION:** Original – Court Case File        Copy – Plaintiff        Copy – Defendant

Code Civ. Proc., §§ 415.46,  664.6
Civ. Code, § 1950.5

**UNLAWFUL DETAINER STIPULATION AND JUDGMENT**

Page 2 of 2