JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Mark Anthony Little, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 19-10890-MWF (KSx) |
| The Mosaic Garden Apartment at Westlake, | ORDER RE REQUEST TO PROCEED IN FORMA PAUPERIS |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____          _____
Date                                United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

- [x] Inadequate showing of indigency
- [ ] District Court lacks jurisdiction
- [x] Legally and/or factually patently frivolous
- [ ] Immunity as to _____
- [x] Other: Plaintiff's application states that he receives SSI income, but does not state the amount. Further, the rambling

Comments: allegations of the purported housing discrimination action does not allege and discriminatory conduct by the private property manager and it is unclear whether Plaintiff is alleging civil rights violations based on alleged "rapes" at his residence or because of a notice of eviction.

December 31, 2019                    Karen L. Stevenson
Date                                  United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- [ ] GRANTED
- [x] DENIED (see comments above). IT IS FURTHER ORDERED that:
    - [ ] Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
    - [x] This case is hereby DISMISSED immediately.
    - [ ] This case is hereby REMANDED to state court.

January 6, 2020                      Michael W. Fitzgerald
Date                                 United States District Judge

CV-73 (08/16)         ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*